**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS - AMARILLO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 08-20297-rlj7** |
| **RALPH LYLE CRUM** | § | **(Chapter 7)** |

**NOTICE OF APPEARANCE AND REQUEST FOR DUPLICATE NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 3017(a) AND 9007**

COMES NOW, PITE DUNCAN, LLP, pursuant to Bankruptcy Rules 9010(b), 2002(a), (b), 3017(a), 9007, and files this Notice of Appearance and Demand for Service of Papers as Counsel for Homecomings Financial, LLC, its successors and/or assigns, a secured creditor and party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any case consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

EDDIE R. JIMENEZ, ESQ.
PITE DUNCAN, LLP
525 E. Main St.; P.O. Box 12289
El Cajon, CA 92022-2289
(619) 590-1300

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

PITE DUNCAN, LLP additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

Dated:  June 12, 2008                                              PITE DUNCAN, LLP

 /s/ EDDIE R. JIMENEZ, ESQ._____
EDDIE R. JIMENEZ, ESQ.
525 E. Main St.; P.O. Box 12289
El Cajon, CA 92022-2289
ATTORNEYS FOR
Homecomings Financial, LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Appearance and Request for Duplicate Notice was served on June 12, 2008. Service was accomplished by the method and to the following as indicated:

BY ELECTRONIC NOTICE OR FIRST CLASS MAIL:

Ralph Lyle Crum
7003 Covenant Lane
Amarillo, TX 79109


Van W. Northern
Northern Law Firm
112 W. 8th Street, Suite 400
Amarillo, TX 79101

Kent David Ries
600 S. Tyler Suite 1300
Box 12058
Amarillo, TX 79101

U.S. Trustee
Department of Justice
1100 Commerce Street
Room 976
Dallas, TX 75242-1496




      I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 12, 2008, at El Cajon, California



                                                             /s/ EDDIE R. JIMENEZ, ESQ.