Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Texas

In re **Ralph Lyle Crum**        Case No. **08-20297**
Debtor(s)        Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

■ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■ I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Lease** | **American Honda Finance** | **X** | | | |
| **Property located at 25 Fanton Hill Road, Weston, CT 06883** | **Home Coming Funding** | **X** | | | |
| **Miscellaneous Office Equipment, including Tables, Chairs and Exam Equipment (see Exhibit "B" attached herein as attachment to Schedule "B") Location: 1911 Port Lane, Amarillo TX** | **Wells Fargo Bank** | **X** | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **Auto Lease** | **American Honda Finance** | |
| **Business Property Lease, 1911 Port Lane, Amarillo, TX 12/2007 - 01/2010** | **Arturo Carillo Medical Services, LP** | |
| **Open Contract; Office Management Services** | **Lu Ann Weldon, MSHA, RN, CPC** | |
| **Lease for Canon IR-2021 Copier; ID# 10135 02/2008 - 03/2011** | **Tascosa Office Machines** | |

Date **June 16, 2008**        Signature **/s/ Ralph Lyle Crum**
                                                                **Ralph Lyle Crum**
                                                                Debtor