# United States Bankruptcy Court
### Northern District of Texas

In re **Ralph Lyle Crum**            Case No. **08-20297**
Debtor(s)        Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **July 21, 2008**, a copy of **Notice of Chapter 7 Bankruptcy Case, Deadlines & Meeting of Creditors** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Hartley Hampton**
**Peter M. Dreyer**
**Tooher & Wocl, LLC**

                                                                              **/s/ Van W. Northern**
                                                                              **Van W. Northern 15101100**
                                                                              **Northern Law Firm**
                                                                              **112 W. Eighth, Suite 400**
                                                                              **Amarillo, TX 79101**
                                                                              **806-374-2266Fax:806-374-9535**