Kent Ries
State Bar No. 16914050
600 S. Tyler, Box 12058
1300 Chase Tower
Amarillo, Texas 79101
(806) 242-7437
(806) 242-7440 – Fax

COUNSEL FOR TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **RALPH LYLE CRUM,** | § | Case No. 08-20297-RLJ-7 |
| | § | |
| **Debtor.** | § | |

## MOTION FOR APPROVAL OF EMPLOYMENT OF COUNSEL FOR TRUSTEE

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE:

COMES NOW, Kent Ries, Trustee ("Trustee") of the referenced Chapter 7 bankruptcy estate, and files this Motion for Approval of Employment of Counsel for Trustee, and in support thereof would respectfully show unto the Court as follows:

1. Debtor filed for relief under Chapter 7 of the United States Bankruptcy Code on May 30, 2008. Kent Ries was subsequently appointed and qualified to serve as the Trustee over the bankruptcy estate.

2. This Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §§ 327.

3. Trustee will administer this case as an asset case.

4. Trustee asserts it is necessary to employ counsel, pursuant to 11 U.S.C. § 327(a), to perform the following described necessary legal services in the administration of this estate:

    A. Preparation of all applications, notices, orders and legal papers necessary to comply with the Bankruptcy Code and Federal Rules of Bankruptcy Procedure.

    B. Counseling with the Trustee as well as counsel for Debtors and creditors regarding potential assets and claims of the estate.

    C. Preparation of transfer documents with respect to property to be liquidated by the estate.

  5. Trustee desires that he be authorized to employ the law firm of Kent Ries for such compensation and reimbursement of expenses as is just pursuant to 11 U.S.C. § 330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure. Kent Ries is an attorney admitted to practice in this Court with knowledge and experience in bankruptcy practice and is duly qualified to render necessary legal services.

  6. Pursuant to 11 U.S.C. § 327(d), the "court may authorize the trustee to act as attorney . . . for the estate if such authorization is in the best interest of the estate." 11 U.S.C. § 327(d). However, if the court authorizes the employment of the trustee as a professional, 11 U.S.C. § 328(b) specifies that the trustee receive professional compensation only for the performance of those professional tasks that are not generally performed by a trustee without the assistance of an attorney. The House Report on Section 328(b) states:

> Subsection (b) limits a trustee that has been authorized to serve as his own counsel to only one fee for each service. The purpose of permitting the trustee to serve as his own counsel is to reduce costs. It is not included to provide the trustee with a bonus by permitting him to receive two fees for the same service or to avoid the maxima fixed in section 326. Thus, this subsection requires the court to differentiate between the trustee's services as trustee, and his services as trustee's counsel, and to fix compensation accordingly. Services that a trustee normally performs for an estate without assistance of counsel are to be compensated under the limits fixed in section 326. Only services that he performs that are normally performed by trustee's counsel may be compensated under the maxima imposed by this section.

H.R. Rep. No. 95-595, 95th Cong., 1st Sess. 329 (1977).

7. Trustee would show the Court that employment of his firm is in the best interest of this Chapter 7 bankruptcy estate. Additional factors, which support employment of Trustee's law firm as counsel in this case, are as follows:

A. In addition to the legal services required by the Trustee of his law firm as described above, there will be some need for services at the time of the closing of the estate in connection with the filing of objections to claims and other general legal services. Such work does not justify the effort and expense of hiring an outside law firm.

B. Appointment of Trustee's own law firm in this case will result in a significant reduction of attorney fees. The estate will benefit from the Trustee's review of the schedules and statement of financial affairs and the examination by the Trustee at the first meeting of creditors. Employment of outside counsel would result in needless duplication of these efforts which would be further compounded by unnecessary attorney/client conferences and correspondence.

8. Normal hourly rates for legal services provided debtors, creditors and trustees in bankruptcy proceedings range between $175.00 and $225.00. It is difficult, if not impossible, to accurately project the fees to be incurred in connection with this particular bankruptcy proceeding given the early stages in which this application is filed and the uncertainty as to the causes of action to be pursued. Trustee asserts that he and his law firm are extremely sensitive to fees incurred in Chapter 7 proceedings and represent to the Court that all efforts to minimize fees, either by use of paraprofessionals or election of the most economic alternative for dispute resolution, will be employed.

9. The law firm of Kent Ries has never served as an examiner to the estate; and to the best of the Trustee's knowledge, the law firm of Kent Ries is a disinterested party having no connection with the Debtors, creditors, or any other party in interest. Attached hereto and incorporated herein as Exhibit "A" is the Affidavit of Kent Ries concerning the qualifications and disinterestedness of the law firm of Kent Ries.

**WHEREFORE, PREMISES CONSIDERED,** Kent Ries, Trustee herein, respectfully prays for an Order of this Court approving the employment of the law firm of Kent Ries, as attorneys to perform professional services in this proceeding, and for such other relief, at law or in equity, to which the Trustee may show himself justly entitled.

Respectfully submitted,

Kent Ries, Attorney at Law
600 S. Tyler, Box 12058
1300 Chase Tower
Amarillo, Texas 79101
(806) 242-7437
(806) 242-7440-Fax


By: /s/ Kent Ries
    Kent Ries
    State Bar No. 1691450

COUNSEL FOR TRUSTEE

## **CERTIFICATE OF SERVICE**

I certify that on the 25th day of July, 2008, a true and correct copy of the foregoing Motion for Approval of Employment of Counsel for Trustee was sent either electronically or mailed in the United States mail, postage prepaid, to the parties listed on the attached mailing matrix:

/s/   Kent Ries
Kent Ries

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-2<br>Case 08-20297-rlj7<br>Northern District of Texas<br>Amarillo<br>Fri Jul 25 13:49:06 CDT 2008 | U.S. Attorney<br>1100 Commerce, 3rd Floor<br>Dallas, TX 75242-1074 | U.S. Attorney General<br>Department of Justice<br>Washington, DC 20001 |
| 624 S. Polk , Suite 100<br>Amarillo, TX 79101-2320 | AT&T Mobility<br>P.O. Box 650553<br>Dallas, TX 75265-0553 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| Amex<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329-7871 | Armstrong Moving & Storage<br>2401 Double Creek Drive<br>Round Rock, TX 78664-3806 | Arturo Carillo Medical Services, LP<br>1911 Port Lane<br>Amarillo, TX 79106-2470 |
| Aspen Collection<br>P.O. Box 5129<br>Spring Hill, FL 34611-5129 | Attorney-In-Charge<br>Office of the United States Attorney<br>500 S. Taylor, Lobby Box 238<br>Amarillo, TX 79101-2446 | Bank Of America<br>Pob 17054<br>Wilmington, DE 19884-0001 |
| Bank of America<br>P.O. Box 15714<br>Wilmington, DE 19886-5714 | Chase<br>800 Brooksedge Blvd<br>Westerville, OH 43081-2822 | Chase Business Cardmember Service<br>P.O. Box 94104<br>Palatine, IL 60094-4104 |
| Comptroller of Public Accounts<br>Taxation Division Bankruptcy<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Financial Recovery Services<br>P.O. Box 385908<br>Minneapolis, MN 55438-5908 | Fred Siegel, Esq.<br>1281 East Main Street<br>Holly Pond Plaza<br>Stamford, CT 06902-3544 |
| GE Capital<br>P.O. Box 740441<br>Atlanta, GA 30374-0441 | Goldfarb & Ajello Court Reporting<br>24 East Ave.<br>Box 1372<br>New Canaan, CT 06840-5529 | Hartley Hampton<br>Attorney at Law<br>Five Houston Center<br>1401 McKinney, Suite 1800<br>Houston, TX 77010-4037 |
| Helen Bruno, Esq.<br>112 Prospect Street<br>Stamford, CT 06901-1207 | Home Coming Funding Ne<br>2711 N Haskell Ave. Sw 1<br>Dallas, TX 75204-2911 | Homecomings Financial, LLC<br>c/o Pite Duncan, LLP<br>525 East Main Street<br>P.O. Box 12289<br>El Cajon, CA 92022-2289 |
| Internal Revenue Service<br>Special Procedures Branch<br>Bankruptcy Section, Mail Code 5020-DAL<br>1100 Commerce Street<br>Dallas, TX 75242-1001 | Lu Ann Weldon, MSHA, RN, CPC<br>Professional Healthcare Management, LLC<br>1800 W. Cherry Ave.<br>Amarillo, TX 79108-0703 | New Life Bariatrics<br>1911 Port Lane<br>Amarillo, TX 79106-2470 |
| Peter M. Dreyer<br>Siver Golub & Teitell, LLP<br>Post Office Box 389<br>Stamford, CT 06904-0389 | Randi Crum<br>25 Fanton Hill Road<br>Weston, CT 06883-2406 | Randi L. Crum<br>c/o Coleman Young<br>Templeton Law Firm<br>P. O. Box 15010<br>Amarillo, TX 79105-5010 |

```
Ruth S. Vidauri                    Tascosa Office Machines            Texas Workforce Commission
Wells Fargo SBA Lending            1005 W. 8th Street                 101 E. 15th Street
4406 Piedras Dr. West, Ste 100     Amarillo, TX 79101-2011            Austin, TX 78778-0001
San Antonio, TX 78228-1207


Tooher & Wocl, LLC                 Tooher & Wocl, LLC                 United Collection Bureau, Inc.
80 Fourth Street                   80th Fourth Street                 P.O. Box 1117
Stamford, CT 06905-5009            Stamford, CT 06905                 Maumee, OH 43537-8117


Vzw Ne                             Wells Fargo Bank                   Willows Pediatric Group
Natinal Recovery D                 Amarillo Dowtown Business Banking  1563 Post Road East
Folsom, CA 95630                   905 S. Fillmore                    Westport, CT 06880-5602
                                   Amarillo, TX 79101-3540


Kent David Ries                    Ralph Lyle Crum                    UST U.S. Trustee
600 S. Tyler, Suite 1300           7003 Covenant Lane                 1100 Commerce Street
Box 12058                          Amarillo, TX 79109-6880            Room 976
Amarillo, TX 79101-2353                                               Dallas, TX 75242-1011


Van W. Northern
Northern Law Firm
112 W. 8th Street, Suite 400
Amarillo, TX 79101-2314
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
American Honda Finance
600 Kelly Way
Holyoke, MA 01040
```

             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Homecomings Financial, LLC      (d)Amex                            (d)Randi L. Crum
                                   Po Box 297871                      c/o Coleman Young
                                   Fort Lauderdale, FL 33329-7871     Templeton Law Firm
                                                                      P. O. Box 15010
                                                                      Amarillo, TX 79105-5010
```

```
End of Label Matrix
Mailable recipients     42
Bypassed recipients      3
Total                   45
```

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | |
| | § | **KNOW ALL MEN BY THESE PRESENTS:** |
| **COUNTY OF POTTER** | § | |

### AFFIDAVIT OF KENT RIES

Before me, the undersigned authority, on this day personally appeared Kent Ries of the law firm of Kent Ries, Amarillo, Texas, being by me duly sworn, upon oath deposed and said:

1. I am a resident of Amarillo, Potter County, Texas; am over the age of 21 years and am of sound mind and have never been convicted of an offense.

2. I am an attorney admitted to practice in the State of Texas, and possess all of the qualifications of an attorney or counselor of law in the State of Texas.

3. I have reviewed the *Motion* by the Trustee for approval to retain the law firm of Kent Ries as counsel in this Chapter 7 bankruptcy proceeding. Kent Ries is an attorney admitted to practice with extensive knowledge and experience in bankruptcy practice and procedure and said attorneys are in all respects qualified to render the necessary legal services requested by the Trustee.

4. The law firm of Kent Ries is disinterested and has no connection with the Debtors, creditors of the estate, any party in the United States Trustee's office or any other parties which have interest adverse to the Debtors.

FURTHER AFFIANT SAITH NOT.

_____
Kent Ries

SWORN TO AND SUBSCRIBED BEFORE ME this 25th day of July, 2008.

_____
Notary Public, State of Texas

BETH HUGHES
Notary Public
STATE OF TEXAS
My Comm. Exp. 07/19/2011

**EXHIBIT A**