Kent Ries, Attorney at Law
State Bar No. 16914050
600 S. Tyler, Box 12058
1300 Chase Tower
Amarillo, Texas 79101
(806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **RALPH LYLE CRUM,** | § | Case No. 08-20297-RLJ-7 |
| | § | |
| **Debtor.** | § | |

## REQUEST FOR CHANGE OF STATUS

TO THE CLERK OF THE BANKRUPTCY COURT

The above-referenced case was noticed as a no-asset case.  Please change this status to an asset case and notify creditors to file a Proof of Claim.

Respectfully submitted,

Kent Ries, Attorney at Law
600 S. Tyler, Box 12058
1300 Chase Tower
Amarillo, Texas 79101

By: /s/ Kent Ries
    Kent Ries
    State Bar No. 16914050

COUNSEL FOR TRUSTEE

**REQUEST FOR CHANGE OF STATUS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of July, 2008, a true and correct copy of the foregoing Request for Change of Status was sent electronically or mailed in the United States mail, postage prepaid, to the following:

United States Trustee
1100 Commerce Street, Room 9C60
Dallas, Texas 75242

Ralph Lyle Crum
7003 Covenant Lane
Amarillo, Texas 79109

Van Northern
Northern Law Firm
112 W. 8th, Suite 400
Amarillo, Texas 79101


/s/ Kent Ries
Kent Ries, Trustee

**REQUEST FOR CHANGE OF STATUS**