ntcclm (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Ralph Lyle Crum § Case No.: 08−20297−rlj7
§ Chapter No.: 7
Debtor(s) §

# NOTICE TO FILE CLAIM

**TO THE DEBTOR, CREDITORS AND OTHER PARTIES IN INTEREST:**

1. Notice was previously given that an order for the relief under the U.S. Bankruptcy Code had been entered on a petition filed by or against the above referenced debtor.
2. The original notice states that there were no apparent assets and the creditors should not file proofs of claim. However, assets have now been recovered from which it appears that payment to creditors may be possible. Accordingly, **October 23, 2008** is fixed as the last day for filing proofs of claim. Governmental units should refer to 11 USC section 502(b)(9) to determine the last day for filing a proof of claim.
3. A creditor must now file a proof of claim within the time limit in order to share in any distribution from the estate, except as provided in 11 U.S.C Section 501(c). A proof of claim must conform substantially to Official Form 10. Proof of claim forms are available in the clerk's office of any bankruptcy court. It is necessary to file a claim even if the debtor has scheduled you correctly as a creditor on the lists filed with the Court. If you have previously filed a proof of claim in this case, this notice does not require you to refile your claim. For your convenience please use the proof of claim form duplicated on the next page of this notice. To receive acknowledgement of receipt by the clerk, enclose a copy of the claim and an adequate sized self−addressed stamped envelope.
4. Claims must be filed with the:

    U.S. Bankruptcy Court 624 S. Polk , Suite 100
    Amarillo, TX 79101−2389

CLAIMS ADDRESSED OR SENT TO THE DEBTOR, TRUSTEE, OR UNITED STATES TRUSTEE WILL NOT BE FILED.


DATED:  7/28/08                     FOR THE COURT:
                                    Tawana C. Marshall, Clerk of Court

                                    by: /s/Eric Dillow, Deputy Clerk

Trustee: Kent David Ries

| UNITED STATES BANKRUPTCY COURT Northern District of Texas | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Ralph Lyle Crum | Case Number: 2-08-20297-rlj7 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent: <br><br> Telephone number: | **Court Claim Number:**_____ <br> (*If known*) <br><br> Filed on:_____ |
| Name and address where payment should be sent (if different from above): <br><br> Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. <br> ☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**         $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
  (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

  **3a. Debtor may have scheduled account as:** _____
  (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
  Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

  **Nature of property or right of setoff:**  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
  **Describe:**

  **Value of Property: $**_____ **Annual Interest Rate**___%

  **Amount of arrearage and other charges as of time case filed included in secured claim,**

  **if any: $**_____ **Basis for perfection:** _____

  **Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**

$_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____  _____**INFORMATION**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF SERVICE

```
District/off: 0539-2          User: edillow            Page 1 of 2             Date Rcvd: Jul 28, 2008
Case: 08-20297                Form ID: NOA             Total Served: 37
```

The following entities were served by first class mail on Jul 30, 2008.
```
db         +Ralph Lyle Crum,    7003 Covenant Lane,    Amarillo, TX 79109-6880
cr          Randi L. Crum,    c/o Coleman Young,    Templeton Law Firm,    P. O. Box 15010,
             Amarillo, TX 79105-5010
11533098   ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
            (address filed with court: American Honda Finance,    600 Kelly Way,    Holyoke, MA 01040)
11602516    AT & T Mobility,    P.O. Box 650553,    Dallas, TX 75265-0553
11602514   +Armstrong Moving & Storage,    2401 Double Creek Drive,    Round Rock, TX 78664-3806
11602515   +Arturo Carillo Medical Services, LP,    1911 Port Lane,    Amarillo, TX 79106-2470
11533101   +Aspen Collection,    P.O. Box 5129,    Spring Hill, FL 34611-5129
11533094   +Attorney-In-Charge,    Office of the United States Attorney,    500 S. Taylor, Lobby Box 238,
             Amarillo, TX 79101-2446
11533102   +Bank Of America,    Pob 17054,    Wilmington, DE 19884-0001
11533105   +Chase Business Cardmember Service,    P.O. Box 94104,    Palatine, IL 60094-4104
11533095   +Comptroller of Public Accounts,    Taxation Division Bankruptcy,    P.O. Box 12548,
             Austin, TX 78711-2548
11602517    Financial Recovery Services,    P.O. Box 385908,    Minneapolis, MN 55438-5908
11533106   +Fred Siegel, Esq.,    1281 East Main Street,    Holly Pond Plaza,    Stamford, CT 06902-3544
11602518    GE Capital,    P.O. Box 740441,    Atlanta, GA 30374-0441
11533107   +Goldfarb & Ajello Court Reporting,    24 East Ave.,    Box 1372,    New Canaan, CT 06840-5529
11626889   +Hartley Hampton,    Attorney at Law,    Five Houston Center,    1401 McKinney, Suite 1800,
             Houston, TX 77010-4037
11533108   +Helen Bruno, Esq.,    112 Prospect Street,    Stamford, CT 06901-1207
11533109   +Home Coming Funding Ne,    2711 N Haskell Ave. Sw 1,    Dallas, TX 75204-2911
11562938   +Homecomings Financial, LLC,    CO Pite Duncan, LLP,    525 East Main Street,    P.O. Box 12289,
             El Cajon, CA 92022-2289
11602519   +Lu Ann Weldon, MSHA, RN, CPC,    Professional Healthcare Management, LLC,    1800 W. Cherry Ave.,
             Amarillo, TX 79108-0703
11602520   +New Life Bariatrics,    1911 Port Lane,    Amarillo, TX 79106-2470
11626890   +Peter M. Dreyer,    Siver Golub & Teitell, LLP,    Post Office Box 389,    Stamford, CT 06904-0389
11602521   +Randi Crum,    25 Fanton Hill Road,    Weston, CT 06883-2406
11559812    Randi L. Crum,    CO Coleman Young,    Templeton Law Firm,    P. O. Box 15010,
             Amarillo, TX 79105-5010
11533110   +Ruth S. Vidauri,    Wells Fargo SBA Lending,    4406 Piedras Dr. West, Ste 100,
             San Antonio, TX 78228-1207
11602522   +Tascosa Office Machines,    1005 W. 8th Street,    Amarillo, TX 79101-2011
11533111   +Tooher & Wocl, LLC,    80 Fourth Street,    Stamford, CT 06905-5009
11626891    Tooher & Wocl, LLC,    80th Fourth Street,    Stamford, CT 06905
11602523   +United Collection Bureau, Inc.,    P.O. Box 1117,    Maumee, OH 43537-8117
11533112    Vzw Ne,    Natinal Recovery D,    Folsom, CA 95630
11533113   +Wells Fargo Bank,    Amarillo Dowtown Business Banking,    905 S. Fillmore,
             Amarillo, TX 79101-3540
11533114    Willows Pediatric Group,    1563 Post Road East,    Westport, CT 06880-5602
```
The following entities were served by electronic transmission on Jul 29, 2008.
```
11533099   +EDI: AMEREXPR.COM Jul 28 2008 22:03:00      Amex,    P.O. Box 297871,
             Fort Lauderdale, FL 33329-7871
11533102   +EDI: BANKAMER2.COM Jul 28 2008 22:03:00      Bank Of America,    Pob 17054,
             Wilmington, DE 19884-0001
11533103    EDI: BANKAMER.COM Jul 28 2008 22:03:00      Bank of America,    P.O. Box 15714,
             Wilmington, DE 19886-5714
11533104   +EDI: CHASE.COM Jul 28 2008 22:03:00      Chase,    800 Brooksedge Blvd,
             Westerville, OH 43081-2822
11533096   +EDI: IRS.COM Jul 28 2008 22:03:00      Internal Revenue Service,    Special Procedures Branch,
             Bankruptcy Section, Mail Code 5020-DAL,    1100 Commerce Street,    Dallas, TX 75242-1001
11533097   +E-mail/Text: redpacer@twc.state.tx.us                           Texas Workforce Commission,
             101 E. 15th Street,    Austin, TX 78778-0001
                                                                                             TOTAL: 6
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Homecomings Financial, LLC
11533100*      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
                                                                                             TOTALS: 1, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0539-2          User: edillow           Page 2 of 2              Date Rcvd: Jul 28, 2008
Case: 08-20297                Form ID: NOA            Total Served: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 30, 2008**        **Signature:** _Joseph Speetjens_