Coleman Young, Esq.
TEMPLETON, SMITHEE, HAYES
   HEINRICH & RUSSELL, L.L.P.
320 S. Polk, Suite 1000
P. O. Box 15010
Amarillo, Texas  79105
(806) 324-0324 – Telephone
(806) 379-8568 – Telecopy

ATTORNEY FOR RANDI L. CRUM

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RALPH LYLE CRUM, | § | CASE NO.2-08-20297-RLJ-7 |
| | § | Hearing Set for September 11, 2008 |
| DEBTOR. | § | at 1:30 p.m. |

## NOTICE OF HEARING DATE

TO ALL PARTIES IN INTEREST:

    Randi L. Crum, this day filed Objections to Debtor's Claimed Exemptions in the captioned bankruptcy action. You are here given notice of the hearing date on the Motion as follows:

### NOTICE

    **NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 624 S. POLK, SUITE 100, P. O. BOX 15960, AMARILLO, TEXAS 79105-0960. BEFORE THE CLOSE OF BUSINESS TWENTY DAYS FROM THE SERVICE OF THIS MOTION.  IF SERVICE IS BY MAIL, THREE ADDITIONAL DAYS ARE ALLOWED PURSUANT TO FED. R. BANKR. P. 9006(F)**.

    **ANY RESPONSE MUST BE IN WRITING, FILED WITH THE CLERK AND A COPY SERVED UPON COUNSEL FOR THE MOVING PARTY WITHIN THE TIME DESCRIBED ABOVE. IF NO RESPONSE IS TIMELY FILED, THE RELIEF REQUESTED SHALL BE DEEMED UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.**

**IF A RESPONSE IS FILED A <u>FINAL</u> HEARING ON THE MOTION WILL BE HELD AT 1:30 P.M., ON SEPTEMBER 11, 2008, IN THE UNITED STATES BANKRUPTCY COURTROOM, AT 624 S. POLK, AMARILLO, TEXAS 79101.**

        Respectfully submitted,

        <u>/s/ Coleman Young</u>
        Coleman Young
        State Bar No. 22174200
        TEMPLETON, SMITHEE, HAYES,
          HEINRICH & RUSSELL, L.L.P.
        320 S. Polk, Suite 1000
        P. O. Box 15010
        Amarillo, Texas 79101
        Telephone No. 806/324-0324
        Telecopy No. 806/379-8568

        ATTORNEY FOR RANDI L. CRUM

**CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the above and foregoing instrument was served upon the following this 7th day of August, 2008, addressed as follows:

| | |
|---|---|
| Mr. Van Northern<br>NORTHERN LAW FIRM<br>112 W. 8th Street, Suite 400<br>Amarillo, Texas 79101 | Via Electronic Notice ☒<br>Certified Mail, Return Receipt Requested ☐<br>United States Regular Mail ☐<br>Overnight Mail ☐<br>Via Facsimile Transmission ☐<br>Via Hand-Delivery ☐ |
| Mr. Kent David Ries<br>600 S. Tyler, Suite1300<br>Box 12058<br>Amarillo, Texas 79101 | Via Electronic Notice ☒<br>Certified Mail, Return Receipt Requested ☐<br>United States Regular Mail ☐<br>Overnight Mail ☐<br>Via Facsimile Transmission ☐<br>Via Hand-Delivery ☐ |

| | | |
|---|---|---|
| United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, Texas 75242-1496 | Via Electronic Notice<br>Certified Mail, Return Receipt Requested<br>United States Regular Mail<br>Overnight Mail<br>Via Facsimile Transmission<br>Via Hand-Delivery | ☒<br>☐<br>☐<br>☐<br>☐<br>☐ |

/s/ Coleman Young
Coleman Young