B6B (Official Form 6B) (12/07)

In re  Ralph Lyle Crum                              ,  Case No.  08-20297
                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Checking Account No. 127-7700678 in the names of Ralph L. Crum and Trudie Hermann Hall | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Residential Security Deposit to Century 21 for 7003 Covenant Lane, Amarillo, Texas | - | 1,375.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Furniture and Furnishings (See attachments, principally bronze sun and moon sculpture with gold and silver) Location: 25 Fanton Hill Road, Weston, CT | - | 60,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Miscellaneous Clothing Location: 7003 Covenant Lane, Amarillo TX | - | 100.00 |
| 7. Furs and jewelry. | | Mavado Watch Location: 7003 Covenant Lane, Amarillo TX | - | 800.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      62,275.00
(Total of this page)

 3   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  Ralph Lyle Crum , Case No. 08-20297
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Group Sama Internacional, G.S. S.A. IRA Account No. 10673534 in the name of Ralph Lyle Crum | - | 254,902.04 |
| | | Fidelity Retirement Account No. 139913995 in the name of Ralph L. Crum | - | 38,080.64 |
| | | Wachovia SEP IRA Account No. 2790-9071 in the name of Ralph Crum | - | 79.58 |
| | | Fidelity IRA Proceeds | - | 11,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% Interest in New Life Bariatrics | - | 100.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | Equity in Property Located at 25 Fanton Hill Road, Weston, CT | - | 150,000.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >  454,162.26
(Total of this page)

Sheet  1  of  3  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  Ralph Lyle Crum , Case No. 08-20297
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Jeep Wrangler Rubicon (30,000 miles) Location: 7003 Covenant Lane, Amarillo TX | - | 11,120.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| | | | Sub-Total > (Total of this page) | 11,120.00 |

Sheet  2  of  3  continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re  Ralph Lyle Crum , Case No. 08-20297
                Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Divorce Decree award of $150,000.00 | - | 150,000.00 |

Sub-Total > 150,000.00
(Total of this page)
Total > 677,557.26

Sheet  3  of  3   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re  Ralph Lyle Crum , Case No. 08-20297
                Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  
(Check one box)  
■ 11 U.S.C. §522(b)(2)  
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings**<br>Household Furniture and Furnishings (See attachments, principally bronze sun and moon sculpture with gold and silver)<br>Location: 25 Fanton Hill Road, Weston, CT | 11 U.S.C. § 522(d)(3) | 10,000.00 | 60,000.00 |
| **Wearing Apparel**<br>Miscellaneous Clothing<br>Location: 7003 Covenant Lane, Amarillo TX | 11 U.S.C. § 522(d)(3) | 100.00 | 100.00 |
| **Furs and Jewelry**<br>Mavado Watch<br>Location: 7003 Covenant Lane, Amarillo TX | 11 U.S.C. § 522(d)(4) | 800.00 | 800.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>Group Sama Internacional, G.S. S.A. IRA Account No. 10673534 in the name of Ralph Lyle Crum | 11 U.S.C. § 522(d)(12)<br>11 U.S.C. § 522(d)(10)(E)<br>29 U.S.C.A. § 1056(d)<br>11 U.S.C. § 522(b)(3)(C) Patterson v. Shumate, 504 U.S. 753. Not properly part of the estate. Rousey v. Jacoway, 161 L.Ed.2d 563. | 254,902.04<br>0.00<br>0.00<br>0.00 | 254,902.04 |
| Fidelity Retirement Account No. 139913995 in the name of Ralph L. Crum | 11 U.S.C. § 522(d)(12) Patterson v. Shumate, 504 U.S. 753. Not properly part of the estate. Rousey v. Jacoway, 161 L.Ed.2d 563<br>11 U.S.C. § 522(d)(10)(E)<br>29 U.S.C.A. § 1056(d)<br>11 U.S.C. § 522(b)(3)(C) | 38,080.64<br><br><br>0.00<br>0.00<br>0.00 | 38,080.64 |
| Wachovia SEP IRA Account No. 2790-9071 in the name of Ralph Crum | 11 U.S.C. § 522(d)(12)<br>11 U.S.C. § 522(d)(10)(E)<br>29 U.S.C.A. § 1056(d)<br>11 U.S.C. § 522(b)(3)(B) Patterson v. Shumate, 504 U.S. 753. Not properly part of the estate. Rousey v. Jacoway, 161 L.Ed.2d 563 | 79.58<br>0.00<br>0.00<br>0.00 | 79.58 |
| Fidelity IRA Proceeds | 11 U.S.C. § 522(d)(12)<br>11 U.S.C. § 522(d)(10)(E)<br>29 U.S.C.A. § 1056(d)<br>11 U.S.C. § 522(b)(3)(B) Patterson v. Shumate, 504 U.S. 753. Not properly part of the estate. Rousey v. Jacoway, 161 L.Ed.2d 563 | 11,000.00<br>0.00<br>0.00<br>0.00 | 11,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>2004 Jeep Wrangler Rubicon (30,000 miles)<br>Location: 7003 Covenant Lane, Amarillo TX | 11 U.S.C. § 522(d)(2)<br>11 U.S.C. § 522(d)(5) | 3,225.00<br>7,895.00 | 11,120.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (12/07) -- Cont.

In re  Ralph Lyle Crum , Case No. 08-20297
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Divorce Decree award of $150,000.00 | 11 U.S.C. § 522(d)(5) | 3,305.00 | 150,000.00 |
| | Total: | 329,387.26 | 526,082.26 |

Sheet   1   of   1   continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                     Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

## United States Bankruptcy Court
### Northern District of Texas

In re **Ralph Lyle Crum**　　　　　　　　　　　　　　　　　Case No. **08-20297**
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　Chapter **7**

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES B AND C

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

　　　I declare under penalty of perjury that I have read the foregoing Amended Schedules A and B, consisting of ____ pages, and that it is true and correct to the best of my knowledge, information, and belief.

Date _____　　　　Signature _____
　　　　　　　　　　　　　　　　　　　　　　**Ralph Lyle Crum**
　　　　　　　　　　　　　　　　　　　　　　Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.