# United States Bankruptcy Court
## Northern District of Texas

In re **Ralph Lyle Crum** Case No. **08-20297**
Debtor(s) Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **August 28, 2008**, a copy of **Schedule B - Personal Property - *Amended* and Schedule C - Property Claimed as Exempt - *Amended*** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**American Honda Finance**
**American Honda Finance**
**Amex**
**Armstrong Moving & Storage**
**Arturo Carillo Medical Services, LP**
**Aspen Collection**
**AT&T Mobility**
**Bank of America**
**Chase**
**Chase Business Cardmember Service**
**CitiMortgage**
**Financial Recovery Services**
**GE Capital**
**Goldfarb & Ajello Court Reporting**
**Hartley Hampton**
**Helen Bruno, Esq.**
**Home Coming Funding**
**Lu Ann Weldon, MSHA, RN, CPC**
**Peter M. Dreyer**
**Randi Crum**
**Ruth S. Vidauri**
**Tascosa Office Machines**
**Tooher & Wocl, LLC**
**United Collection Bureau, Inc.**
**Vzw Ne**
**Wells Fargo Bank**
**Willows Pediatric Group**

/s/Van W. Northern
**Van W. Northern 15101100**
**Northern Law Firm**
**112 W. Eighth, Suite 400**
**Amarillo, TX 79101**
**806-374-2266 Fax:806-374-9535**