Certificate Number: 01267-TXN-DE-004258960

Bankruptcy Case Number: 08-20297

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on June 19, 2008, at 11:45 o'clock AM CDT,

Ralph L Crum completed a course on personal financial

management given by internet and telephone by

Money Management International, Inc.,

a provider approved pursuant to 11 U S C § 111 to provide an instructional course concerning

personal financial management in the Northern District of Texas.

Date: June 19, 2008    By    /s/Carlos Hernandez

　　　　　　　　　　　　Name    Carlos Hernandez

　　　　　　　　　　　　Title    Counselor