Van W. Northern
NORTHERN LAW FIRM
112 W. 8th Ave., Suite 400
Amarillo, Texas 79101
SBN: 15101100
(806) 374-2266, (806) 374-9535 FAX
ATTORNEY FOR RALPH LYLE CRUM

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-20297-RLJ-7 |
| | § | |
| | § | Chapter 7 |
| RALPH LYLE CRUM, | § | |
| | § | Hearing Date: September 11, 2008 |
| | § | |
| Debtor. | § | Hearing Time: 1:30 p.m. |

### UNOPPOSED MOTION FOR CONTINUANCE OF HEARING
### ON TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ralph Lyle Crum, Debtor herein, and would show the court as follows:

1. Debtor amended his exemptions after the Trustee's Objections, and the Trustee has not had an opportunity to review the documents in support of the amended exemptions claimed by Debtor. A continuance would allow the parties an opportunity to resolve the objections without litigation.

2. The U.S. Trustee does not object to the continuance of the hearing on Objection.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that the hearing on the Motion of the Trustee be continued until October 9, 2008, and for such other relief to which he may be entitled at law or in equity.

Respectfully submitted,

**NORTHERN LAW FIRM**
112 W. 8th Ave., Suite 400
Amarillo, Texas 79101
Tel. (806) 374-2266
Fax. (806) 374-9535

*/s/ Van W. Northern*
_____
Van W. Northern
State Bar No. 15101100

*Attorney for Debtor*

## CERTIFICATE OF SERVICE

The undersigned certifies that he has on the date shown below transmitted a true copy of the foregoing document to the following parties in interest by electronic notification via the court's electronic case filing system or by regular mail on the __8th__ day of __September__, 2008:

| | |
|---|---|
| Kent D. Ries<br>600 S. Tyler, Suite 1300<br>Box 12058<br>Amarillo, Texas 79101<br>*Chapter 7 Trustee* | Cole Young<br>Templeton, Smithee, Hayes,<br>    Heinrich & Russell, L.L.P.<br>P.O. Box 15010<br>Amarillo, Texas 79105 |
| Eddie R. Jimenez<br>Pite Duncan, LLP<br>525 E. Main Street<br>P.O. Box 12289<br>El Cajon, California 92022-2289 | U.S. Trustee<br>1100 Commerce Street, Room 9C60<br>Dallas, Texas 75242 |

*/s/ Van W. Northern*
_____
Van W. Northern