U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed September 10, 2008                                         United States Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| IN RE: § | |
| RALPH LYLE CRUM, § | Case No. 08-20297-RLJ-7 |
| Debtor. § | Chapter 7 |
| § | |
| § | Hearing Date: September 11, 2008 |
| § | Hearing Time: 1:30 p.m. |

### ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE OF HEARING ON TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS

THE COURT, having considered the Unopposed Motion for Continuance of Hearing on Trustee's Objection to Debtor's Claimed Exemptions, finds that it is well taken and should be GRANTED.

The hearing on the Trustee's Objection to Debtor's Claimed Exemptions is continued until October 9, 2008 at 1:30 p.m.

### End of Order ###