

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed September 10, 2008

United States Bankruptcy Judge

---

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| RALPH LYLE CRUM, | § | Case No. 08-20297-RLJ-7 |
| Debtor. | § | Chapter 7 |
| | § | |
| | § | Hearing Date: September 11, 2008 |
| | § | Hearing Time: 1:30 p.m. |

### ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE OF HEARING ON TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS

THE COURT, having considered the Unopposed Motion for Continuance of Hearing on Trustee's Objection to Debtor's Claimed Exemptions, finds that it is well taken and should be GRANTED.

The hearing on the Trustee's Objection to Debtor's Claimed Exemptions is continued until October 9, 2008 at 1:30 p.m.

### End of Order ###

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0539-2          User: gluna              Page 1 of 1          Date Rcvd: Sep 11, 2008
Case: 08-20297                Form ID: pdf012          Total Served: 1

The following entities were served by first class mail on Sep 13, 2008.
db            +Ralph Lyle Crum,    7003 Covenant Lane,    Amarillo, TX 79109-6880

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 13, 2008**              Signature:    _Joseph Speetjens_