Van W. Northern
NORTHERN LAW FIRM
112 W. 8th Ave., Suite 400
Amarillo, Texas 79101
SBN: 15101100
(806) 374-2266, (806) 374-9535 FAX
ATTORNEY FOR RALPH LYLE CRUM

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| IN RE: § | |
| RALPH LYLE CRUM, § | Case No. 08-20297-RLJ-7 |
| Debtor. § | Chapter 7 |
| § | |
| § | Hearing Date: September 11, 2008 |
| § | Hearing Time: 1:30 p.m. |

### DEBTOR'S LIST OF WITNESSES AND EXHIBITS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ralph Lyle Crum, Debtor herein, and submits his list of witnesses and exhibits for the hearing on the Trustee's Objection to Debtor's Claim of Exemptions, and would show the court as follows:

### WITNESSES

Debtor, Ralph Crum
7003 Covenant Lane
Amarillo, Texas 79108

### EXPERT WITNESS

Van W. Northern
Northern Law Firm
112 W. 8th Ave., Suite 400
Amarillo, Texas 79101
(806) 374-2266
(Reasonable attorneys' fees)

Case No. 08-20297; In re: Ralph L. Crum
Response to Trustee's Objection to Debtor's Claim of Exemptions                                   Page 1

## EXHIBITS

1. Prudential Statements:

    A. Norwalk Hospital: April 1, 1997 – September 30, 2000.

    B. Norwalk Hospital: October 1, 2000 – December 31, 2002.

    C. Norwalk Hospital: January 1, 2003 – December 2005.

2. WBNA Cash Account Activity Statement: November 6, 2006 – June 23, 2006

3. Tax Returns for years 1990 – 1995

4. Tax Returns for years 1996 – 2000

5. Tax Returns for years 2001 – 2006

6. Morgan Stanley Retirement Account 2000 (March – October)

7. Morgan Stanley Retirement Account 2001 (September – November)

8. Morgan Stanley Retirement Account 2002

9. Morgan Stanley Retirement Account 2003

10. Morgan Stanley Retirement Account 2004 (January - October)

11. Morgan Stanley Retirement Account 2005 (March – October, December)

12. Morgan Stanley Retirement Account 2006

13. Fidelity Investments New Account Profile (May 2, 2008).

14. Fidelity Investments, Texas Tech Retirement Savings Account Statements (April 1, 2007 – March 31, 2008)

15. Texas Tech Payroll System History Detail (January 1, 2007 – August 31, 2008)

16. Texas Tech Health Sciences Payroll Earnings Statements (June 1, 2006 – January 31, 2008).

Respectfully submitted,

**NORTHERN LAW FIRM**
112 W. 8th Ave., Suite 400
Amarillo, Texas 79101
Tel. (806) 374-2266
Fax. (806) 374-9535

_____
Van W. Northern
State Bar No. 15101100

*Attorney for Debtor*

### CERTIFICATE OF SERVICE

The undersigned certifies that he has on the date shown below transmitted a true copy of the foregoing document to the following parties in interest by electronic notification via the court's electronic case filing system or by regular mail on the ____ day of _____, 2008:

Kent D. Ries
600 S. Tyler, Suite 1300
Box 12058
Amarillo, Texas 79101
*Chapter 7 Trustee*

Cole Young
Templeton, Smithee, Hayes,
   Heinrich & Russell, L.L.P.
P.O. Box 15010
Amarillo, Texas 79105
*Attorney for Movant, Randi L. Crum*

Eddie R. Jimenez
Pite Duncan, LLP
525 E. Main Street
P.O. Box 12289
El Cajon, California 92022-2289

U. S. Trustee
1100 Commerce Street, Room 9C60
Dallas, Texas 75242

_____
Van W. Northern