B10 (Official Form 10) (Rev. 12/94)    test

| United States Bankruptcy Court<br>Northern District Of Tx | PROOF OF CLAIM |
|---|---|
| In re (Name of Debtor)<br>**Ralph Lyle Crum** | Case Number<br>**08-20297rlj** |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor
*(The person or other entity to whom the debtor owes money or property):*

**Verizon Wireless South**

Name and Address Where Notices Should Be Sent:
**Verizon Wireless
PO Box 3397
Bloomington, IL 61702**

Telephone No.:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
**0069088142074300001**

Check here if this claim  ☐ replaces   a previously filed claim, dated: _____
                         ☐ amends

**1. BASIS FOR CLAIM**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (Describe briefly)

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensations (Fill out below)
  Your social security number_____
  Unpaid compensations for services performed
  from _____ to _____
       (date)         (date)

**2. DATE DEBT WAS INCURRED:**
PRIOR TO:    **05/30/08**

**3. IF COURT JUDGEMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM:** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured priority, (3) Secured. It is possible for part of a claim to be part in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT THE TIME FILED.

☐ SECURED CLAIM $ _____
Attach evidence of perfection of security interest
Brief description of collateral:
  Real Estate   Motor Vehicle   Other (Describe briefly)
Amount of arrearage and other charges at time case filed included in secured claim above,
if any $ _____

☒ UNSECURED NONPRIORITY CLAIM _____ **$609.69**
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $ _____
Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $4000), * earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier. --11 U.S.C. § 507(a)(3)

☐ Contributions to an employee benefit plan -- U.S.C. § 507(a)(4)

☐ Up to $1800* of deposits toward purchase, lease, or rental or property or services for personal, family, or household use -- § 507(a)(6)

☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child -- 11 U.S.C. § 507 (a)(7)

☐ Taxes or penalties of government units -- U.S.C. § 507(a)(7)

☐ Other--Specify applicable paragraph off 11 U.S.C. § 507(a) _____
*Amounts are subject to adjustment on 4/1/95 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**
$609.69 _____ _____ _____   *   **$609.69**
(Unsecured) (Priority) (Total)             (Total)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.
7. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promisory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgements, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.
8. TIME_STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

*Verizon Wireless reserves the right to amend this claim at any time.
*Verizon Wireless reserves the right to asset setoff pursuant to 11 U.S.C. Section 553

| Date<br>**10/2/2008** | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>**/s/Diane Lewis**<br><br>Bankruptcy Administrator |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE Northern District Of Tx

IN RE:    Ralph Lyle Crum                                   In Proceedings Under
                                                            Chapter 07

                                                            BK    08-20297rlj

           Debtor(s),

EXHIBIT(S) SUMMARY AND CERTIFICATE OF SERVICE

The following exhibit(s) in reference to the    _____Claim_____
                                                         (Motion/Claim)
_____

filed by    Verizon Wireless South_____

is(are) available upon request.  Movant will bring exhibit(s) to any scheduled Court

hearing on this matter.

   1. Statement of Account(s)
   2.
   3.
   4.
   5.
   6.

                                            Verizon Wireless
                                            PO Box 3397 Bloomington, IL 61702

                                            800-555-8879
                                            _____
                                            Filer Name/Address/Phone/ID#

Certificate of Service:

   The undersigned hereby certifies that a true and accurate copy of all exhibits listed above were deposited
   in The United States mail, first class, postage prepaid, on   10/03/2008_____