Coleman Young, Esq.
TEMPLETON, SMITHEE, HAYES
  HEINRICH & RUSSELL, L.L.P.
320 S. Polk, Suite 1000
P. O. Box 15010
Amarillo, Texas 79105
(806) 324-0324 – Telephone
(806) 379-8568 – Telecopy

ATTORNEY FOR RANDI L. CRUM

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RALPH LYLE CRUM, | § | CASE NO.2-08-20297-RLJ-7 |
| | § | Hearing Set for October 9, 2008 |
| DEBTOR. | § | at 1:30 p.m. |

**RANDI L. CRUM'S EXHIBIT AND WITNESS LIST**

TO THE HONORABLE JUDGE OF SAID COURT:

    The following documents and persons are identified and intended to be used as Exhibits and Witnesses by Randi L. Crum in support of her Amended Objections to Debtor's Claimed Exemptions pursuant to 11 U.S.C. § 522 which will be heard on October 9, 2008, at 1:30 p.m.

**EXHIBITS**

Exhibit 1    April 8, 2008, Memorandum of Decision of the Superior Court, Judicial District of Stanford, in Cause No. FST FA 06 4010407, styled *Randi Crum v. Ralph Crum*

Exhibit 2    May 12, 2008 Transcript of Hearing in Cause No. FST FA 06 4010407, styled *Randi Crum v. Ralph Crum*, Superior Court, Judicial District of Stanford before the Honorable Dennis Harrigan

Exhibit 3    Agreement dated May 19, 2008, regarding Motion for Contempt in Cause No. FST FA 06 4010407, styled *Randi Crum v. Ralph Crum*, Superior Court, Judicial District of Stanford before the Honorable Dennis Harrigan

    Any exhibit identified by any other party.

**WITNESSES**

1. Ralph Crum

2. Any witnesses offered or identified by any other Party.

                                           Respectfully submitted,

                                           /s/ Coleman Young
                                           Coleman Young
                                           State Bar No. 22174200
                                           TEMPLETON, SMITHEE, HAYES,
                                              HEINRICH & RUSSELL, L.L.P.
                                           320 S. Polk, Suite 1000
                                           P. O. Box 15010
                                           Amarillo, Texas 79101
                                           Telephone No. 806/324-0324
                                           Telecopy No.  806/379-8568

                                           ATTORNEY FOR RANDI L. CRUM

**CERTIFICATE OF SERVICE**

       This is to certify that a true and correct copy of the above and foregoing instrument was served upon the following this 3rd day of October, 2008, addressed as follows:

| | | |
|---|---|---|
| Mr. Van Northern<br>NORTHERN LAW FIRM<br>112 W. 8th Street, Suite 400<br>Amarillo, Texas 79101 | Via Electronic Notice<br>Certified Mail, Return Receipt Requested<br>United States Regular Mail<br>Overnight Mail<br>Via Facsimile Transmission<br>Via Hand-Delivery | ☒<br>☐<br>☐<br>☐<br>☐<br>☐ |
| Mr. Kent David Ries<br>600 S. Tyler, Suite1300<br>Box 12058<br>Amarillo, Texas 79101 | Via Electronic Notice<br>Certified Mail, Return Receipt Requested<br>United States Regular Mail<br>Overnight Mail<br>Via Facsimile Transmission<br>Via Hand-Delivery | ☒<br>☐<br>☐<br>☐<br>☐<br>☐ |

| | | |
|---|---|---|
| United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, Texas 75242-1496 | Via Electronic Notice<br>Certified Mail, Return Receipt Requested<br>United States Regular Mail<br>Overnight Mail<br>Via Facsimile Transmission<br>Via Hand-Delivery | ☒<br>☐<br>☐<br>☐<br>☐<br>☐ |

/s/ Coleman Young
Coleman Young
