Van W. Northern
NORTHERN LAW FIRM
112 W. 8th Ave., Suite 400
Amarillo, Texas 79101
SBN: 15101100
(806) 374-2266, (806) 374-9535 FAX
ATTORNEY FOR RALPH LYLE CRUM

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-20297-RLJ-7 |
| | § | Chapter 7 |
| RALPH LYLE CRUM, | § | |
| Debtor. | § | Hearing Date: October 9, 2008 |
| | § | Hearing Time: 1:30 p.m. |

### DEBTOR'S SECOND SUPPLEMENT TO LIST OF EXHIBITS
### FOR HEARING ON TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS
### AND FOR RANDI CRUM'S OBJECTIONS TO CLAIM OF EXEMPTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ralph Lyle Crum, Debtor herein, and submits his list of witnesses and exhibits for the hearing on the Trustee's Objection to Debtor's Claim of Exemptions and for Randi L. Crum's Objection to Debtor's Claim of Exemptions, and would show the court as follows:

### SUPPLEMENT TO LIST OF EXHIBITS

A.   Prudential 4-29-08 Check Statement ($97,307.83).

B.   Wachovia ck#367753356 (4-28-08) - $157,594.21.

C.   Investment summary - page 2.

D.   SAMA - Contrato Ee Custodia Para Clients Individuales.

E.   SAMA - Contrato Ee Participation En Los Fondos De Inversion Adminstrados Por SAMA Sociedad De Fondos De Inversion (G.S.) S.A.

F.  SBI - Contrato de Cruenta de Inversion con Option de Cruenta Margen.

G.  SAMA - Contrato General De Comision Para La Relizacion.

H.  SAMA - Fondos de Inversion.

Respectfully submitted,

**NORTHERN LAW FIRM**
112 W. 8th Ave., Suite 400
Amarillo, Texas 79101
Tel. (806) 374-2266
Fax. (806) 374-9535

*/s/ Van W. Northern*
Van W. Northern
State Bar No. 15101100
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

The undersigned certifies that he has on the date shown below transmitted a true copy of the foregoing document to the following parties in interest by electronic notification via the court's electronic case filing system or by mail on the 3rd day of October, 2008:

Kent D. Ries
600 S. Tyler, Suite 1300
Box 12058
Amarillo, Texas 79101
*Chapter 7 Trustee*

Cole Young
Templeton, Smithee, Hayes,
     Heinrich & Russell, L.L.P.
P.O. Box 15010
Amarillo, Texas 79105
*Attorney for Movant, Randi L. Crum*

Eddie R. Jimenez
Pite Duncan, LLP
525 E. Main Street
P.O. Box 12289
El Cajon, California 92022-2289
*Notice Only*

U.S. Trustee
1100 Commerce Street, Room 9C60
Dallas, Texas 75242

*/s/ Van W. Northern*
Van W. Northern

Case No. 08-20297; In re: Ralph L. Crum
Supplement to List of Exhibits/Trustee's and Randi Crum's Objection to Debtor's Exemptions          Page 2