Kent Ries, Attorney at Law
State Bar No.  16914050
600 S. Tyler, Box 12058
1300 Chase Tower
Amarillo, Texas 79101
(806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **RALPH LYLE CRUM,** | § | Case No. 08-20297-RLJ-7 |
| | § | |
| **Debtor.** | § | |

### TRUSTEE'S WITNESS AND EXHIBIT LIST
### FOR HEARING ON OBJECTION TO DEBTORS CLAIMED EXEMPTIONS

TO THE HONORABLE BANKRUPTCY JUDGE:

Comes now, Kent Ries, Trustee in the above-entitled case, and files this its Witness and Exhibit List, and respectfully shows the Court as follows:

1.  Trustee may call one or more of the following witnesses at the hearing:

    A.  Kent Ries

    B.  Ralph Lyle Crum

    D.  Any representative designated by any other party.

2.  Trustee may produce one or more of the following exhibits at the hearing:

    A.  Any and all pleadings and schedules on file in this bankruptcy case, including Trustee's Objection to Debtors Claimed Exemptions;

    B.  Any exhibit identified by any other party.

3.  The estimated time of hearing is two hours.

**WITNESS AND EXHIBIT LIST - Page 1**

Respectfully Submitted,

Kent Ries, Attorney at Law.
600 S. Tyler, Box 12058
Amarillo, Texas 79101
(806) 242-7437
(806) 242-7440 - Fax

By: /s/ Kent Ries
    Kent Ries
    State Bar No. 16914050

ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

I certify that on this 6th day of October, 2008, a true and correct copy of the foregoing document was sent electronically or mailed in the United States mail, postage prepaid, to the following parties:

United States Trustee
1100 Commerce Street, Room 9C60
Dallas, Texas 75242

Ralph Lyle Crum
7003 Covenant Lane
Amarillo, Texas 79109

Van Northern
Northern Law Firm
112 W. 8th, Suite 400
Amarillo, Texas 79101

/s/ Kent Ries
Kent Ries

**WITNESS AND EXHIBIT LIST - Page 2**