Van W. Northern
NORTHERN LAW FIRM
112 W. 8th Ave., Suite 400
Amarillo, Texas 79101
SBN: 15101100
(806) 374-2266, (806) 374-9535 FAX
ATTORNEY FOR RALPH LYLE CRUM

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-20297-RLJ-7 |
| | § | Chapter 7 |
| RALPH LYLE CRUM, | § | |
| Debtor. | § | Hearing Date: October 9, 2008 |
| | § | Hearing Time: 1:30 p.m. |

### DEBTOR'S FOURTH SUPPLEMENT TO LIST OF EXHIBITS
### FOR HEARING ON TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS
### AND FOR RANDI CRUM'S OBJECTIONS TO CLAIM OF EXEMPTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ralph Lyle Crum, Debtor herein, and submits his Fourth Supplement to List

of Exhibits for the hearing on the Trustee's Objection to Debtor's Claim of Exemptions and for

Randi L. Crum's Objection to Debtor's Claim of Exemptions, and would show the court as follows:

### SUPPLEMENT TO LIST OF EXHIBITS

Wachovia Account Summary for 11/6/06.

Respectfully submitted,

**NORTHERN LAW FIRM**
112 W. 8th Ave., Suite 400
Amarillo, Texas  79101
Tel. (806) 374-2266
Fax. (806) 374-9535

/s/ Van W. Northern
_____

Van W. Northern
State Bar No. 15101100
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

The undersigned certifies that he has on the date shown below transmitted a true copy of the

foregoing document to the following parties in interest by electronic notification via the court's

electronic case filing system or by mail on the   7th   day of   October   , 2008:

Kent D. Ries
600 S. Tyler, Suite 1300
Box 12058
Amarillo, Texas 79101
*Chapter 7 Trustee*

Cole Young
Templeton, Smithee, Hayes,
        Heinrich & Russell, L.L.P.
P.O. Box 15010
Amarillo, Texas 79105
*Attorney for Movant, Randi L. Crum*

Eddie R. Jimenez
Pite Duncan, LLP
525 E. Main Street
P.O. Box 12289
El Cajon, California  92022-2289
*Notice Only*

U. S. Trustee
1100 Commerce Street, Room 9C60
Dallas, Texas  75242

/s/ Van W. Northern
_____
Van W. Northern