Van W. Northern
NORTHERN LAW FIRM
112 W. 8th Ave., Suite 400
Amarillo, Texas 79101
SBN: 15101100
(806) 374-2266, (806) 374-9535 FAX
ATTORNEY FOR RALPH LYLE CRUM

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-20297-RLJ-7 |
| | § | Chapter 7 |
| RALPH LYLE CRUM, | § | |
| Debtor. | § | |
| | § | Hearing Date: October 9, 2008 |
| | § | Hearing Time: 1:30 p.m. |

## UNOPPOSED MOTION TO CONTINUE
### HEARING ON TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS AND RANDI CRUM'S OBJECTIONS TO CLAIM OF EXEMPTIONS

Counsel for all parties in the above matter met and conferred on October 7, 2008 in order to resolve numerous evidentiary and legal matters. The parties do hearby agree that it is in the best interest of each party, and in the interest of justice to continue the hearing on the above objections until the November 6, 2008 docket at 1:30 p.m.

Respectfully submitted,

NORTHERN LAW FIRM
112 W. 8th Ave., Suite 400
Amarillo, Texas 79101
Tel. (806) 374-2266
Fax. (806) 374-9535

/s/ Van W. Northern
_____

Van W. Northern
State Bar No. 15101100
*Attorney for Debtor*

AGREED:

*[signature]*
Kent Ries,        Trustee

*[signature]*
Van W. Northern
Attorney for Debtor

*[signature]* Cole Young by KR
Cole Young,
Attorney for Randi Crum

## CERTIFICATE OF SERVICE

The undersigned certifies that he has on the date shown below transmitted a true copy of the foregoing document to the following parties in interest by electronic notification via the court's electronic case filing system or by mail on the __7th__ day of __October__, 2008:

Kent D. Ries
600 S. Tyler, Suite 1300
Box 12058
Amarillo, Texas 79101
*Chapter 7 Trustee*

Eddie R. Jimenez
Pite Duncan, LLP
525 E. Main Street
P.O. Box 12289
El Cajon, California 92022-2289
*Notice Only*

Cole Young
Templeton, Smithee, Hayes,
            Heinrich & Russell, L.L.P.
P.O. Box 15010
Amarillo, Texas 79105
*Attorney for Movant, Randi L. Crum*

U. S. Trustee
1100 Commerce Street, Room 9C60
Dallas, Texas 75242

*[signature]*
Van W. Northern

Case No. 08-20297; In re: Ralph L. Crum
Joint Motion to Continue Trustee's and Randi Crum's Objection to Debtor's Exemptions                Page 2