U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed October 9, 2008                                         United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-20297-RLJ-7 |
| | § | Chapter 7 |
| RALPH LYLE CRUM, | § | |
| Debtor. | § | Hearing Date: October 9, 2008 |
| | § | Hearing Time: 1:30 p.m. |

**AGREED ORDER CONTINUING
HEARING ON TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS
AND RANDI CRUM'S OBJECTIONS TO CLAIM OF EXEMPTIONS**

The Court, having considered the joint unopposed motion for continuance on the above matter filed herein, finds that same is well taken and should be GRANTED.

The hearing the Trustee's and Randi Crum's Objections to Debtor's Claimed Exemptions are continued until the November 6, 2008 docket at 1:30 p.m.

### End of Order ###

AGREED:

 /s/ Kent Ries 
Kent Ries, Trustee

 /s/ Van W. Northern 
Van W. Northern
Attorney for Debtor

 /s/ Cole Young 
Cole Young
Attorney for Randi Crum