```
                                                        U.S. BANKRUPTCY COURT
                                                       NORTHERN DISTRICT OF TEXAS

                                                              ENTERED
                                                       TAWANA C. MARSHALL, CLERK
                                                          THE DATE OF ENTRY IS
                                                          ON THE COURT'S DOCKET
```

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 9, 2008**                                    **United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| IN RE: § | Case No. 08-20297-RLJ-7 |
| § | Chapter 7 |
| RALPH LYLE CRUM, § | |
|    Debtor. § | Hearing Date: October 9, 2008 |
| § | Hearing Time: 1:30 p.m. |

**AGREED ORDER CONTINUING
HEARING ON TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS
AND RANDI CRUM'S OBJECTIONS TO CLAIM OF EXEMPTIONS**

The Court, having considered the joint unopposed motion for continuance on the above matter filed herein, finds that same is well taken and should be GRANTED.

The hearing the Trustee's and Randi Crum's Objections to Debtor's Claimed Exemptions are continued until the November 6, 2008 docket at 1:30 p.m.

### End of Order ###

AGREED:


 /s/ Kent Ries
Kent Ries, Trustee


 /s/ Van W. Northern
Van W. Northern
Attorney for Debtor


 /s/ Cole Young
Cole Young
Attorney for Randi Crum

# CERTIFICATE OF NOTICE

```
District/off: 0539-2          User: gluna              Page 1 of 1              Date Rcvd: Oct 10, 2008
Case: 08-20297                Form ID: pdf012          Total Served: 1

The following entities were served by first class mail on Oct 12, 2008.
db           +Ralph Lyle Crum,    7003 Covenant Lane,    Amarillo, TX 79109-6880

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 12, 2008**               **Signature:** _Joseph Speetjens_