Coleman Young, Esq.
TEMPLETON, SMITHEE, HAYES
  HEINRICH & RUSSELL, L.L.P.
320 S. Polk, Suite 1000
P. O. Box 15010
Amarillo, Texas  79105
(806) 324-0324 – Telephone
(806) 379-8568 – Telecopy
ATTORNEY FOR RANDI L. CRUM

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RALPH LYLE CRUM, | § | CASE NO.2-08-20297-RLJ-7 |
| | § | Hearing Set for November 6, 2008 |
| DEBTOR. | § | at 1:30 p.m. |

**RANDI L. CRUM'S SUPPLEMENTAL EXHIBIT LIST**

TO THE HONORABLE JUDGE OF SAID COURT:

    The following documents and persons are identified and intended to be used as Supplemental Exhibits and Witnesses by Randi L. Crum in support of her Amended Objections to Debtor's Claimed Exemptions pursuant to 11 U.S.C. § 522 which will be heard on November 6, 2008, at 1:30 p.m.

**EXHIBITS**

Exhibit 4    All Schedules, Amended Schedules, Statements of Financial Affairs and Amended Statements of Financial Affairs filed by the Debtor

Exhibit 5    Debtor's Fidelity Account 139-913995, Rollover IRA Statements dated April 30, 2008 and May 30, 2008

Exhibit 6    Motions for Articulation (2) filed by Debtor in Divorce Proceeding FST FA 06 4010407, Superior Court, Judicial District of Stanford, Connecticut; along with "Clarification" entered by the Court with respect to Motion for Articulation 141.02 and Docket Sheet indicating denial of Motion for Articulation 141.01.

    Any exhibit identified by any other party.

Respectfully submitted,

/s/ Coleman Young
Coleman Young
State Bar No. 22174200
TEMPLETON, SMITHEE, HAYES,
  HEINRICH & RUSSELL, L.L.P.
320 S. Polk, Suite 1000
P. O. Box 15010
Amarillo, Texas  79101
Telephone No.  806/324-0324
Telecopy No.   806/379-8568
ATTORNEY FOR RANDI L. CRUM

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument was served upon the following this 3rd day of November, 2008, addressed as follows:

| | |
|---|---|
| Mr. Van Northern<br>NORTHERN LAW FIRM<br>112 W. 8th Street, Suite 400<br>Amarillo, Texas 79101 | Via Electronic Notice ☒<br>Certified Mail, Return Receipt Requested ☐<br>United States Regular Mail ☐<br>Overnight Mail ☐<br>Via Facsimile Transmission ☐<br>Via Hand-Delivery ☐ |
| Mr. Kent David Ries<br>600 S. Tyler, Suite1300<br>Box 12058<br>Amarillo, Texas 79101 | Via Electronic Notice ☒<br>Certified Mail, Return Receipt Requested ☐<br>United States Regular Mail ☐<br>Overnight Mail ☐<br>Via Facsimile Transmission ☐<br>Via Hand-Delivery ☐ |
| United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, Texas 75242-1496 | Via Electronic Notice ☒<br>Certified Mail, Return Receipt Requested ☐<br>United States Regular Mail ☐<br>Overnight Mail ☐<br>Via Facsimile Transmission ☐<br>Via Hand-Delivery ☐ |

/s/ Coleman Young
Coleman Young