Van W. Northern
Northern Law Firm
112 W. 8th Ave., Suite 400
Amarillo, Texas 79101
SBN: 15101100
(806) 374-2266, (806) 374-9535 FAX
ATTORNEY FOR RALPH LYLE CRUM

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-20297-RLJ-7 |
| | § | Chapter 7 |
| RALPH LYLE CRUM, | § | |
| Debtor. | § | Hearing Date: November 6, 2008 |
| | § | Hearing Time: 1:30 p.m. |

## SUMMARY OF EXHIBITS
## TO JOINT STIPULATIONS FOR TRUSTEE'S
## AND RANDI CRUM'S OBJECTIONS TO EXEMPTIONS

A.   Group SAMA Investment Documents

B.   Amended Schedules B and C

C.   Memorandum of Decision of Divorce

D.   Motions for Articulation/Clarification dated April 16, 2008 - Post Judgment of Divorce,

E.   Clarification dated May 30, 2008 - Post Judgment of Divorce

F.   Transcript of Hearing dated May 12, 2008 - Post Judgment of Divorce

G.   Divorce Case Detail/Docket Sheet