Case 08-20297-rlj7 Doc 58-5 Filed 11/06/08 Entered 11/06/08 17:55:10 Desc
Exhibit Motions for Articulation/Clarification Page 1 of 4

MAY 12 2008 9:17AM HOPE TOM SCHWALM 4003 P 2

SUPERIOR COURT
STAMFORD-NORWALK
JUDICIAL DISTRICT

2008 APR 16 P 4:42

| | | |
|---|---|---|
| D N. FA 06 4010407 S | : | SUPERIOR COURT |
| RANDI CRUM | : | J.D. OF STAMFORD/NORWALK |
| v. | : | |
| RALPH CRUM | : | AT STAMFORD |
| | : | APRIL 16, 2008 |

## MOTION FOR ARTICULATION/CLARIFICATION - POST JUDGMENT

The Defendant, Ralph Crum by and through his attorney Helen C. Bruno, hereby moves for articulation of the Memorandum of Decision (Dennis Harrigan, J., presiding) in the following respects:

1. On April 8, 2008 the Court issued a Memorandum of Decision re the trial of the above-mentioned parties.

2. Inter alia, the Memorandum of Decision of April 8, 2008 awarded to "Plaintiff the sum of $12,000.00 monthly payable in two equal installments due on the first and the sixteenth of each month as unallocated periodic alimony and child support until the death of either party, the Plaintiff's remarriage or civil union. Section 46b-86 applies to this order. The order is fully modifiable as to amount or term."(p.5)

However, no finding was made as to Defendant's actual income or earning capacity.

HELEN C. BRUNO
112 PROSPECT ST. • STAMFORD, CONNECTICUT 06901 • (203) 359-8588 • JURIS NO. 102425


EXHIBIT D

Case 08-20297-rlj7 Doc 58-5 Filed 11/06/08 Entered 11/06/08 17:55:10 Desc Exhibit Motions for Articulation/Clarification Page 2 of 4

MAY 12 2008 9:17AM SCHWARTZ TOM SCHWARTZ NO. 4003 P. 3

WHEREFORE, counsel for the Defendant requests that this Court clarify its order of April 8, 2008 by making a finding of Defendant's either actual income or earning capacity.

THE DEFENDANT
RALPH CRUM

BY: /s/ Helen B.
Helen C. Bruno
His Attorney
112 Prospect Street
Stamford, CT 06901
Juris No. 102425
Tel. No. 203-358-8588

MAY 12 2008 9:17AM SORT-TOM SCHWALM NO. 403 P. 4

SUPERIOR COURT
STAMFORD-NORWALK
JUDICIAL DISTRICT

2008 APR 16 P 4: 42

| | | |
|---|---|---|
| D.N. FA 06 4010407 S | : | SUPERIOR COURT |
| RANDI CRUM | : | J.D. OF STAMFORD/NORWALK |
| v. | : | |
| RALPH CRUM | : | AT STAMFORD |
| | : | APRIL 16, 2008 |

## MOTION FOR ARTICULATION/CLARIFICATION - POST JUDGMENT

The Defendant, Ralph Crum by and through his attorney Helen C. Bruno, hereby moves for articulation of the Memorandum of Decision (Dennis Harrigan, J., presiding) in the following respects:

1. On April 8, 2008 the Court issued a Memorandum of Decision re the trial of the above-mentioned parties.

2. Inter alia, the Court found as Defendant's assets: Art, Antiques, sculptures - $80,000.00. (p.3)

3. However, the Court found that the "Plaintiff shall retain all remaining assets in her name as her sole property as well as the contents of the Weston home." (p.6)

Since the art, antiques and sculptures remain in the marital residence in Weston, the ownership of said art, antiques, and sculpture is unclear.

HELEN C. BRUNO • 112 PROSPECT ST. • STAMFORD, CONNECTICUT 06901 • (203) 358-8588 • JURIS NO. 102425

WHEREFORE, counsel for the Defendant requests that this Court clarify its order of April 8, 2008 regarding the ownership of said personal property.

                THE DEFENDANT
                RALPH CRUM

BY: _____
      Helen C. Bruno
      His Attorney
      112 Prospect Street
      Stamford, CT 06901
      Juris No. 102425
      Tel. No. 203-358-8588

HELEN C. BRUNO
112 PROSPECT ST. • STAMFORD, CONNECTICUT 06901 • (203) 358-8588 • JURIS NO. 102425