| | | |
|---|---|---|
| FST FA 06 4010407 S | STAMFORD-NORWALK JUDICIAL DISTRICT | : SUPERIOR COURT |
| RANDI CRUM | 2008 MAY 30 P 2: 55 | : JUDICIAL DISTRICT OF STAMFORD/NORWALK |
| V. | | : AT STAMFORD |
| RALPH CRUM | | : MAY 30, 2008 |

### CLARIFICATION de DEFENDANT'S MOTION FOR ARTICULATION/CLARIFICATION - POST JUDGMENT DATED AND FILED APRIL 16, 2008 (CONCERNING EARNING CAPACITY) (141.02)

The court, in its opinion, set forth the defendant's adjusted gross income beginning with 1999 and ending with 2005 to demonstrate his earning capacity. As to his current "actual income" he has none for he closed his Connecticut practice and is engaged in the planning stages of his future Texas clinic. The court finds such findings sufficient regarding "actual income or earning capacity."

HARRIGAN, J.T.R.

Decision entered in accordance with the foregoing on 5/30/08. All counsel and pro se parties of record notified on 5/30/08. (CMC)



EXHIBIT E