

## State of Connecticut Judicial Branch

Civil Inquiry Home  Prev Page  Site Help  Comments Page  Calendar Notices

**Screen Section Help:** Detail Party Motions

View Docket Number/Case History

# Case Detail

View Scheduled Court Dates

**Data Updated as of: 11/6/2008**

| Plaintiff Name | VS | Defendant Name |
|---|---|---|
| CRUM,RANDI | v. | CRUM,RALPH |

| | |
|---|---|
| **Docket Number:** FST-FA-06-4010407-S | **Court Location:** Stamford |
| **File Date:** Nov 01 2006 | **Return Date:** Nov 21 2006 |
| ***Last Action Date:** Jul 23 2008 | **ADR Status:** Not Applicable |
| **Case Type:** FAMILY - DISSOLUTION OF MARRIAGE | |
| **List Type:** FAMILY LIMITED | |
| **Disposition Date:** Apr 08 2008 | |
| **Judge/Magistrate:** Hon. D HARRIGAN | **Trial List Claim:** Nov 21 2006 |
| **Disposition:** JUDGMENT OF DISSOLUTION | |

* 'Last Action Date' is a data entry date, not actual date

### Parties / Attorneys

| Party Name & Address | Pty No. | Pltf / Def | Self-Rep. | Non Appear | No Fee Party |
|---|---|---|---|---|---|
| RANDI CRUM | 01 | P | Y | | |
| 25 FANTON HILL WESTON,CT 06883 | | | | | |
| RALPH CRUM | 50 | D | | Y | |

### Motions / Pleadings / Objections

| Entry No | Entry Date | Description | Initiated By | Arguable | Result | Result Date | Ordered By |
|---|---|---|---|---|---|---|---|
| 100.20 | Nov 01 2006 | TRIAL LIST | | Yes | | | |
| 101.10 | Nov 02 2006 | PARENTING ED PGM ORDER | P | No | | | |
| 102.10 | Nov 02 2006 | PARENTING ED PGM ORDER | D | No | | | |
| 103.00 | Feb 26 2007 | CASE MANAGEMENT AGREEMEN | Court | No | | | |
| 104.01 | Mar 15 2007 | MOT FOR ALIMONY-PD LITE | P | Yes | Order | Apr 02 2007 | Hon. DENNIS HARRIGAN |
| 104.02 | Mar 15 2007 | MOT FOR SUPPORT-PD LITE | P | Yes | Order | Apr 02 2007 | Hon. DENNIS HARRIGAN |
| 105.10 | Mar 26 2007 | FINANCIAL AFFIDAVIT | P | No | | | |
| 106.10 | Apr 02 2007 | FINANCIAL AFFIDAVIT | D | No | | | |
| 107.10 | Apr 02 2007 | EXHIBITS FILED | P | No | | | |
| | Apr 16 | | | | | Jun 04 | |

**EXHIBIT G**

Case 08-20297-rlj7   Doc 58-8   Filed 11/06/08   Entered 11/06/08 17:55:10   Desc
Exhibit Divorce Case Detail/Docket Sheet   Page 2 of 4

Civil/Family Case Detail                                                                 Page 2 of 4

| 108.00 | 2007 | MOTION TO REARGUE | P | No | Order | 2007 | Hon. DENNIS HARRIGAN |
|---|---|---|---|---|---|---|---|
| 109.10 | Mar 02 2007 | TRANSCRIPT OF EVIDENCE | Court | No | | | |
| 110.10 | Apr 02 2007 | TRANSCRIPT OF EVIDENCE | Court | No | | | |
| 111.10 | Jun 04 2007 | STIPULATION | P | No | Order | Jun 04 2007 | Hon. DENNIS HARRIGAN |
| 112.10 | Sep 18 2007 | CASE MANAGEMENT AGREEMEN | Court | No | Order | Sep 18 2007 | Hon. LYNDA MUNRO |
| 113.00 | Oct 05 2007 | REQ EXTND DISCOVERY TIME | D | No | | | |
| 114.10 | Oct 15 2007 | NOTICE | P | No | | | |
| 115.00 | Oct 19 2007 | MOTION FOR MODIFICATION | D | Yes | Off | Nov 19 2007 | Hon. MARYLOUISE SCHOFIELD |
| 116.00 | Oct 19 2007 | REQ EXTND DISCOVERY TIME | D | No | Off | Nov 19 2007 | Hon. MARYLOUISE SCHOFIELD |
| 117.00 | Oct 24 2007 | MOTION FOR CONTEMPT | P | Yes | | | |
| 118.00 | Nov 13 2007 | MOT APPT COMMISSION | P | Yes | | | |
| 119.00 | Nov 13 2007 | MOT APPT COMMISSION | P | Yes | | | |
| 120.00 | Nov 13 2007 | MOT APPT COMMISSION | P | Yes | | | |
| 121.00 | Jan 09 2008 | MOTION FOR CONTEMPT | P | Yes | | | |
| 122.00 | Jan 22 2008 | MOTION TO COMPEL | P | Yes | Order | Mar 10 2008 | Hon. LYNDA MUNRO |
| 123.00 | Jan 29 2008 | MOTION TO COMPEL | P | Yes | | | |
| 124.10 | Feb 11 2008 | STIPULATION | P | No | Order | Feb 11 2008 | Hon. LYNDA MUNRO |
| 125.00 | Mar 12 2008 | MOTION FOR CONTEMPT | P | Yes | | | |
| 126.10 | Mar 20 2008 | EXHIBITS FILED | Court | No | | | |
| 127.10 | Apr 08 2008 | MEMORANDUM OF DECISION | Court | No | | | |
| 128.10 | Mar 20 2008 | AGREEMENT | P | No | | | |
| 129.10 | Mar 28 2008 | AFFIDAVIT(S) UNSEALED | Court | Yes | | | |
| 130.10 | Mar 10 2008 | STIPULATION | P | No | Order | Mar 10 2008 | Hon. LYNDA MUNRO |
| 131.10 | Mar 17 2008 | CLAIM | D | No | | | |
| 132.10 | Mar 19 2008 | FINANCIAL AFFIDAVIT | D | No | | | |
| 133.10 | Mar 19 2008 | AFFIDAVIT-CUSTODY PRCDNG | P | No | | | |
| 134.10 | Mar 19 2008 | AGREEMENT | P | No | | | |
| 135.10 | Mar 19 2008 | STATEMENT | P | No | | | |
| 136.10 | Mar 19 2008 | CLAIM | D | No | | | |
| | Mar 20 | | | | | | |

| # | Date | Description | Party | ? | Result | Result Date | Judge |
|---|---|---|---|---|---|---|---|
| 137.10 | 2008 | AGREEMENT | P | No | | | |
| 138.10 | Mar 20 2008 | FINANCIAL AFFIDAVIT | D | No | | | |
| 139.10 | Mar 20 2008 | FINANCIAL AFFIDAVIT | P | No | | | |
| 140.55 | Apr 08 2008 | JUDGMENT OF DISSOLUTION | | Yes | | Apr 08 2008 | Hon. DENNIS HARRIGAN |
| 141.01 | Apr 16 2008 | MOTION FOR ARTICULATION | D | No | Denied | May 30 2008 | Hon. DENNIS HARRIGAN |
| 141.02 | Apr 16 2008 | MOTION FOR ARTICULATION | D | No | Order | May 30 2008 | Hon. DENNIS HARRIGAN |
| 141.10 | May 06 2008 | PARENTING ED PGM RESULTS | P | No | | | |
| 142.00 | Apr 24 2008 | MOTION FOR CONTEMPT | P | Yes | Order | Jun 02 2008 | Hon. DENNIS HARRIGAN |
| 143.00 | May 01 2008 | MOTION FOR CONTEMPT | P | Yes | | | |
| 144.10 | May 19 2008 | AGREEMENT | P | No | Order | May 19 2008 | Hon. LYNDA MUNRO |
| 145.10 | May 30 2008 | ORDER | Court | No | | | |
| 146.00 | Jun 02 2008 | MOTION FOR MODIFICATION | D | Yes | | | |
| 147.00 | Jun 16 2008 | ORDER TO SHOW CAUSE | D | No | | | |
| 148.00 | Jun 16 2008 | MOT WITHDRAW APPEARANCE | D | Yes | Granted | Jul 14 2008 | Hon. MARYLOUISE SCHOFIELD |
| 149.87 | Jun 17 2008 | JFILE > 60 DAYS | Court | No | | | |
| 150.10 | Jun 02 2008 | TRANSCRIPT OF EVIDENCE | Court | No | | | |
| 151.00 | Jun 16 2008 | MOTION FOR ORDER | P | Yes | | | |
| 152.87 | Sep 09 2008 | JFILE > 5 MONTHS | Court | No | | | |

CRUM,RANDI v. CRUM,RALPH

The following table lists events that have been individually scheduled for this case for today, or for a date in the future*. Other court activity may be separately scheduled on short calendars.

This table was last updated on **11/6/2008**.

| Individually Scheduled Court Dates | | | |
|---|---|---|---|
| # | Date | Time | Event Description | Status |
| No Events Scheduled | | | |

*Note: Individually scheduled events for the Regional Family Trial Docket in Middletown and Complex Litigation Dockets may not be included.

Periodic changes to terminology may be made which do not affect the status of the case. In accordance with the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2008 State of Connecticut Judicial Branch