Kent Ries
State Bar No. 16914050
600 S. Tyler, Box 12058
1300 Chase Tower
Amarillo, Texas 79101
(806) 242-7437
(806) 242-7440 – Fax

COUNSEL FOR TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **RALPH LYLE CRUM,** | § | Case No. 08-20297-RLJ-7 |
| | § | |
| **Debtor.** | § | |

## MOTION TO EXTEND DEADLINE TO FILE BRIEF IN SUPPORT OF JOINT STIPULATIONS FOR TRUSTEE'S AND RANDI CRUM'S OBJECTIONS TO EXEMPTIONS

TO THE HONORABLE BANKRUPTCY JUDGE:

COMES NOW, Kent Ries, Trustee ("Trustee"), and hereby files his Motion To Extend Deadline to File Brief in Support of Joint Stipulations for Trustee's and Randi Crum's Objections to Exemptions (the "Motion"), and would show the Court the following:

1.   On November 6, 2008, Debtor, Trustee and Randi Crum, a Creditor, filed their Joint Stipulations for Trustee's and Randi Crum's Objections to Exemptions.

2.   All briefs are due on November 19, 2008.

3.   Trustee requests an extension of the November 19, 2008 deadline to file briefs to November 21, 2008.

4.   This continuance is not sought for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that the Court enter an Order granting this Motion, extending the deadline to file briefs to November 21,

2008, and granting the parties such other and further relief, general or special, at law or in equity, to which they may be justly entitled.

                        Respectfully submitted,

                        Kent Ries, Attorney at Law
                        600 S. Tyler, Box 12058
                        1300 Chase Tower
                        Amarillo, Texas 79101

                        By: /s/  Kent Ries
                            Kent Ries
                            State Bar No. 1691450

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of November, 2008, a true and correct copy of the above and foregoing document was sent electronically via ECF or mailed in the United States mail, postage prepaid, to the parties listed below.

United States Trustee
1100 Commerce Street, Room 9C60
Dallas, Texas 75242

Ralph Lyle Crum
7003 Covenant Lane
Amarillo, Texas 79109

Van Northern
Northern Law Firm
112 W. 8th, Suite 400
Amarillo, Texas 79101

Cole Young
Templeton Law Firm
320 S. Polk, Suite 1000
Lobby Box 5
Amarillo, Texas 79101

                            /s/  Kent Ries
                            Kent Ries