**IN THE UNITED STATES BANKRUPTCY COURT**
**Northern District of Texas**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 08-20297 |
| Ralph Lyle Crum } | |
| } | Chapter 7 |
| } | |
| **Debtor(s)** } | |

## Notice of Change of Address

Debtor's Social Security Number:        xxx-xx-3380

My (Our) Former Mailing Address and Telephone Number was:

Name:        Ralph Lyle Crum

Street:        7003 Covenant Lane

City,State,Zip:  Amarillo, TX 79109

Telephone #:    **(debtor(s) telephone number)**

**Please be advised that effective November 19, 2008,
my (our) new mailing address and telephone number is:**

Name:        **Ralph Lyle Crum**

Street:        **Po Box 40713**

City,State,Zip:  **Austin, TX  78704-0012**

Telephone #:    **(debtor(s) new telephone number)**