

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed November 20, 2008

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| | § | |
| **RALPH LYLE CRUM,** | § | Case No. 08-20297-RLJ-7 |
| | § | |
| **Defendants.** | § | |

### AGREED ORDER ON MOTION TO EXTEND DEADLINES TO FILE BRIEF IN SUPPORT OF JOINT STIPULATIONS FOR TRUSTEE'S AND RANDI CRUM'S OBJECTIONS TO EXEMPTIONS

The Court, having considered the Motion To Extend Deadline to File Brief in Support of Joint Stipulations for Trustee's and Randi Crum's Objections to Exemptions filed by the Trustee, and having been informed of the agreement of the parties, finds that the Motion should be granted. It is therefore

**ORDERED, ADJUDGED AND DECREED** that the Motion To Extend Deadline to File Brief in Support of Joint Stipulations for Trustee's and Randi Crum's Objections to Exemptions is hereby granted and the deadline for all the parties to file their briefs is hereby extended to November 21, 2008. The parties include the Trustee, Randi Crum and Ralph Crum.

### END OF ORDER ###

Prepared By:

**Kent Ries, Attorney at Law**
State Bar No. 16914050
600 S. Tyler, Box 12058
1300 Chase Tower
Amarillo, Texas 79101
(806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE

**AGREED:**

/s/ Cole Young
Cole Young, *Attorney for Randi Crum*

/s/ Van Northern
Van Northern, *Attorney for Debtor*