U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 20, 2008**                                             **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| **RALPH LYLE CRUM,** | § | Case No. 08-20297-RLJ-7 |
| | § | |
| **Defendants.** | § | |

### AGREED ORDER ON MOTION TO EXTEND DEADLINES TO FILE BRIEF IN SUPPORT OF JOINT STIPULATIONS FOR TRUSTEE'S AND RANDI CRUM'S OBJECTIONS TO EXEMPTIONS

The Court, having considered the Motion To Extend Deadline to File Brief in Support of Joint Stipulations for Trustee's and Randi Crum's Objections to Exemptions filed by the Trustee, and having been informed of the agreement of the parties, finds that the Motion should be granted. It is therefore

**ORDERED, ADJUDGED AND DECREED** that the Motion To Extend Deadline to File Brief in Support of Joint Stipulations for Trustee's and Randi Crum's Objections to Exemptions is hereby granted and the deadline for all the parties to file their briefs is hereby extended to November 21, 2008. The parties include the Trustee, Randi Crum and Ralph Crum.

### END OF ORDER ###

Prepared By:

**Kent Ries, Attorney at Law**
State Bar No.  16914050
600 S. Tyler, Box 12058
1300 Chase Tower
Amarillo, Texas 79101
(806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE


**<u>AGREED</u>:**


/s/ Cole Young
Cole Young, *Attorney for Randi Crum*


/s/ Van Northern
Van Northern, *Attorney for Debtor*

# CERTIFICATE OF NOTICE

```
District/off: 0539-2          User: gluna              Page 1 of 1           Date Rcvd: Nov 20, 2008
Case: 08-20297                Form ID: pdf012          Total Served: 2

The following entities were served by first class mail on Nov 22, 2008.
db           Ralph Lyle Crum,    P O Box 40713,    Austin, TX  78704-0012
cr           Randi L. Crum,    c/o Coleman Young,    Templeton Law Firm,    P. O. Box 15010,
              Amarillo, TX  79105-5010
The following entities were served by electronic transmission.
NONE.                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 22, 2008**          **Signature:**    _Joseph Speetjens_