U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 3, 2009**                                    **United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RALPH LYLE CRUM, | § | CASE NO. 2-08-20297-RLJ-7 |
| | § | |
| DEBTOR. | § | |

### PARTIAL ORDER ON DEBTOR'S EXEMPTIONS

On December 10, 2008, came on for consideration the Second Amended Objections to Exemptions filed by the Trustee, Kent Ries, and Amended and Supplemental Objections to Amended Exemptions filed by a creditor, Randi Crum. The Court has taken under advisement a number of the objection to exemptions filed by the Trustee and Creditor. However, an agreement has been reached between the Debtor, the Trustee and the Creditor with respect to the objections set forth in (a) paragraph 4 of the Second Amended Objections to Exemptions, filed by the Trustee on

November 25, 2008; (b) paragraphs 4 and 5 of Amended Exemptions, filed by Creditor Randi Crum on October 9, 2008; and (c) paragraphs 4 and 5 of the Supplemental Objections filed by Creditor Randi Crum on November 21, 2008, which resolution the Court hereby approves.

WHEREFORE, PREMISES CONSIDERED, the Debtor's Amended Claims of Exemption filed on November 2, 2008, are allowed and denied as follows:

1.     The Debtor's claim of exemption in the amount of $20,200.00 in Real Property located at 25 Fanton Hill Road, Weston, Connecticut 06883, and the Debtor's claim of exemption in the amount of $10,000.00 in household furniture and furnishings (including a bronze sun and moon sculpture) located at 25 Fanton Hill Road, Weston, Connecticut 06883, are denied.

2.     The Debtor's claim of an exemption of funds out of a divorce decree award in the amount of $3,305.00, and for the 2004 Jeep Wrangler Rubicon in the amount of $7,895.00, under 11 U.S.C. § 522(d)(5), are allowed.

### End of Order ####