# United States Bankruptcy Court
Northern District of Texas
1205 Texas Avenue, Room 306
Lubbock, Texas 79401

Chambers of
Robert L. Jones
United States Bankruptcy Judge

Telephone
(806) 472-5020

February 20, 2009

Van Northern
Northern Law Firm
112 W. 8th Street, Suite 400
Amarillo, TX 79101

Charles Coleman Young
Templeton, Smithee, Hayes, Heinrich
P.O. Box 15010
Amarillo, TX 79105-5010

Kent Ries
Law Office of Kent Ries
600 S. Tyler, Suite 1300
Amarillo, TX 79101

Re: Ralph Lyle Crum
Case No. 08-20297-RLJ-7

Gentlemen:

A Memorandum Opinion was entered by the Court on this date. I would ask that Mr. Ries submit an order in accordance with the Memorandum Opinion, approved as to form by Mr. Northern and Mr. Young.

Sincerely,

Robert L. Jones
United States Bankruptcy Judge

RLJ/bgs