BTXN 010 (rev. 03/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Ralph Lyle Crum | § § § § | Case No.: 08–20297–rlj7 |
| Debtor(s) | § § | Chapter No.: 7 |
| Ralph Crum | § | |
| Appellant(s) | § § | |
| vs. | § | |
| Kent Ries, Trustee and Randi Crum | § § | |
| Appellee(s) | § § § § § | |

## CERTIFICATE OF MAILING

Notice of Appeal Filed By: Ralph Crum

Re: #73 Order regarding objections to Debtor's claimed exemptions entered 4/16/09

The Notice of Appeal was noticed to the parties, indicated by attachment, by either electronic transmission or U.S. mail on April 28, 2009.

DATED: 4/28/09                    FOR THE COURT:
                                  Tawana C. Marshall, Clerk of Court

                                  by: /s/G Luna, Deputy Clerk