UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.: 08–20297–rlj7

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Robert L. Jones
    Brad Odell

    Attorney(s) for Appellant
    US Trustee
    Kent David Ries

**Appellant** Ralph Crum

Van Northern
Northern Law Firm
112 W. 8th, Ste. 400
Amarillo, TX 79101
806–374–2266

**Appellee** Kent Ries, Trustee

Kent Ries
Law Office of Kent Ries
600 S. Tyler, Ste. 1300
Amarillo, TX 79101
806–242–7437

**Appellee** Randi Crum

Coleman Young
Templeton, Smithee, Hayes, Heinrich &
Russell, LLP
P.O. Box 15010
Amarillo, TX 79105
806–324–0324