Van W. Northern
NORTHERN LAW FIRM
112 W. 8th Ave., Suite 400
Amarillo, Texas 79101
SBN: 15101100
(806) 374-2266, (806) 374-9535 FAX
ATTORNEY FOR RALPH LYLE CRUM

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-20297-RLJ-7 |
| | § | |
| RALPH LYLE CRUM, | § | Chapter 07 |
| Debtor. | § | |
| | § | |

## DEBTOR'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ralph Lyle Crum, Debtor herein, and submits this Notice of Appeal under 28 U.S.C. Section 158(a) or (b) from the Final Order on Trustee and Randi Crum's Objections to Debtor's Claimed Exemptions entered in the above styled and numbered cause on April 16, 2009. The name of all parties to the judgment, order or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

*Attorney for Debtor, Ralph Lyle Crum*

Van W. Northern
NORTHERN LAW FIRM
112 W. 8th, Suite 400
Amarillo, Texas 79101
806-374-2266 Telephone
807-374-9535 Facsimile
northernlaw@suddenlinkmail.com

Case No. 08-20297; In re: Ralph L. Crum
Debtor's Notice of Appeal                                                                                          Page 1

*Attorney for Randi Crum*

Coleman Young
Templeton, Smithee, Hayes, Heinrich, & Russell, LLP
P.O. Box 15010
Amarillo, Texas 79105
806-324-0324 Telephone
cole@templetonsmithee.com

*Attorney for Trustee, Kent Ries*

Mr. Kent David Ries
600 S. Tyler, Suite 1300
P.O. Box 12058
Amarillo, Texas 79101
806-242-7437 Telephone
kent@kentries.com

                                            Respectfully submitted,

                                            **NORTHERN LAW FIRM**
                                            112 W. 8th Ave., Suite 400
                                            Amarillo, Texas 79101
                                            Tel. (806) 374-2266
                                            Fax (806) 374-9535

                                            */s/ Van W. Northern*
                                            Van W. Northern
                                            State Bar No. 15101100
                                            *Attorney for Debtor*

## CERTIFICATE OF SERVICE

The undersigned certifies that he has on the date shown below transmitted a true copy of the foregoing document to the following parties in interest by electronic notification via the court's electronic case filing system or by mail on the 27th day of April, 2009:

Kent D. Ries
600 S. Tyler, Suite 1300
Box 12058
Amarillo, Texas 79101
*Chapter 7 Trustee*

Cole Young
Templeton, Smithee, Hayes,
Heinrich & Russell, L.L.P.
P.O. Box 15010
Amarillo, Texas 79105
*Attorney for Movant, Randi L. Crum*

Eddie R. Jimenez
Pite Duncan, LLP
525 E. Main Street
P.O. Box 12289
El Cajon, California 92022-2289
*Notice Only*

U.S. Trustee
1100 Commerce Street, Room 9C60
Dallas, Texas 75242

_____
Van W. Northern