BTXN 113 (rev. 12/06)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Ralph Lyle Crum | § § § § | Case No.: 08–20297–rlj7 |
| Debtor(s) | § § | Chapter No.: 7 |
| Ralph Crum | § | |
| Appellant(s) | § § | |
| vs.<br>Kent Ries, Trustee and Randi Crum | § § | |
| Appellee(s) | § § § § § § | |

# NOTICE OF GUIDELINES REGARDING APPEALS TO THE U.S. DISTRICT COURT

**Your Notice of Appeal has been filed with this Office.** The purpose of this Notice of Guidelines Regarding Appeals to the U.S. District Court (henceforth, NOTICE) is to direct you and others to take certain actions relating to the preparation and transmittal of the record on appeal and to remind you of certain procedures contained in Rule 8000 et. seq. of the Bankruptcy Rules. Careful attention to these instructions and rules will result in the expeditious processing of your appeal to the U.S. District Court. All parties to this appeal are required to comply with the instructions and guidelines contained herein.

**FAILURE TO COMPLY WITH THE REQUIREMENTS SET FORTH IN THIS NOTICE MAY RESULT IN THE DISMISSAL OF THIS APPEAL OR OTHER ACTION AS DETERMINED BY THE U.S. DISTRICT JUDGE SUBSEQUENTLY ASSIGNED TO THIS APPEAL. [See Pyramid Mobile Home, Inc. v. Speake, 531 F.2d 743,746 (5th Cir. 1976) and Julian v. FDIC, Civil Action # 3:94–CV–1208–T, Motion to Reinstate Cross Appeal DENIED, Hon. Robert B. Maloney, USDJ, NDTX, 8–25–94].**

The procedures for complying with the Local Rules regarding appeals are found on our website at www.txnb.uscourts.gov, Local Rules, L.B.R. 8000 Series – District Court Bankruptcy Rules and Bankruptcy Appeal Procedures.

## DESIGNATION OF THE RECORD

Rule 8006 of the Bankruptcy Rules provides that within ten (10) days after filing the Notice of Appeal or entry of an Order Granting Leave to Appeal, the Appellant shall file with the Clerk of the U.S. Bankruptcy Court and serve on the Appellee(s): 1) a "designation" of the items, including transcripts and exhibits, to be forwarded as the Record on Appeal; and 2) a "statement of the issues." Within ten (10) days after service of the designation and statement, the Appellee may file and serve on the Appellant a designation of additional items to be included in the record on appeal. You are further required to identify pleadings in your designation by indicating the description of the document and the document number. The document number appears immediately to the left of the entry of the pleading on the docket sheet. The only exceptions are transcripts and exhibits that may not yet have been filed. Do not designate electronic entries without an attached pdf, such as "hearing held" entries.

List designated documents as 1, 2, 3, etc. with the document number listed after the description. Designated transcripts should be listed last on the designation. This allows the party to meet the court's deadline for the paper record, within twenty (20) days of the date the designation was filed, and later submit a copy of the transcript in a properly labeled separate volume. Appellee designation is due ten (10) days from the date appellant filed a designation of record.

Please do not designate the notice of appeal, appealed order, related findings of fact, conclusions of law, memorandum opinion, or docket sheet, as the local rules requires the bankruptcy clerk to include copies of those documents in the appeal record.

If exhibits are designated, copies from the law firm file or from the Bankruptcy Clerk's Office may be used. The ECRO or Court Reporter files a copy of the exhibit envelope that lists all admitted court exhibits. Use that document number. Only the exhibits listed by the ECRO or Court Reporter as admitted on the exhibit envelope are official

exhibits. Ensure that only copies of documents that were admitted are copied, if making copies from the Bankruptcy Clerk's Office, as unadmitted exhibits may be retained with the admitted exhibits.

### **OBTAINING A COPY OF THE DOCKET SHEET**

Docket sheets are available for viewing in the U.S. Bankruptcy Clerk's Office during regular business hours. Pursuant to the current fee schedule adopted by the Administrative Office of the U.S. Courts, the Clerk's Office will charge $.50 per page for reproducing copies. Public Access to Court Electronic Records (PACER) provides access to detailed case information, dockets, and reports via the Internet for $.07 per page. Contact the PACER Service Center to subscribe at (800) 676–6856 (or pacer@aottsd.uscourts.gov). These services are available 24 hours a day, 7 days a week.

### **FAILURE TO PAY FILING FEE OR FILE A DESIGNATION OF RECORD**

Failure to: 1) pay the appeal filing fee within 48 hours of the filing of the notice of appeal or 2) file a proper and timely Designation of Record will be deemed an indication that the Appellant does not wish to pursue the appeal. The record on appeal consisting of a certified copy of the docket sheet, the Notice of Appeal, and the order from which the appeal is taken will be transmitted to the U.S. District Court with a Notice of Deficiency indicating that you failed to file a Designation of Record.

### **TRANSCRIPT OF PROCEEDINGS**

### **For a Judge with an Electronic Court Recorder Operator (ECRO)**

1. Complete the transcript order form that can be downloaded from our website at http://www.txnb.uscourts.gov/general/ .
2. Present the completed form via email or fax.
   Dallas: dal_transcript@txnb.uscourts.gov
   (214)753–2038

   Ft. Worth: ftw_transcript@txnb.uscourts.gov
   (817)333–6001
3. Before transcription begins, the Court can provide you with an approximate date of completion and the transcriber contact information. Note that the transcriber will contact the ordering party to arrange the method of payment. All payments are payable to the transcriber, NOT to the U.S. Bankruptcy Court.
4. Your copy of the transcript may be picked up at the U.S. Bankruptcy Clerk's Office or by method of delivery arranged between the ordering party and the transcriber.
5. You are required to provide the court with a copy of the transcript, if designated, for the Record on Appeal.

### **For a Judge With a Court Reporter**

For transcripts of proceedings before a judge who uses a court reporter, immediately after filing the Designation of Record you must make a written request for transcript to the court reporter and arrange for payment of the transcript directly with the court reporter. (See Rule 8006 and Rule 8007(a)). Telephone numbers for court reporters are available from the courtroom deputy of the respective bankruptcy judge.

### **All Transcripts**

A transcriber has 30 days from the date of <u>receipt</u> of the transcript request to file the transcript with the court. See Fed. R. Bankr. P. 8007(a).

### **COMPLETION AND ASSEMBLY OF THE RECORD ON APPEAL**

Although the primary responsibility to transmit the Record on Appeal rests with the U.S. Bankruptcy Clerk, the amendment to Rule 8006, as of August 1, 1991, provides that: "Any party filing a designation of the items to be included in the record shall provide to the clerk a copy of the items designated." You may provide copies of all designated items, including exhibits, from your own file, PACER or from the Clerk's Office. Note: court admitted exhibits are not available from PACER. Arrangements for obtaining copies can be made by completing and returning a Copy Request form available in the Clerk's Office or on the Court's web page (www.txnb.uscourts.gov).

Also, pursuant to Local Rule 8006.2, all copies of designated documents must be two–hole punched, one–sided, assembled in the order in which they are listed on the Designation/Cross–Designation and fastened into durable press–board binders, with a white label on the front. The label should give the case style, identify itself as the

appellant or appellee record and give the volume number. If the copies are too voluminous (more than 250 pages) to be included in a single volume, they must be divided into two or more volumes. Do not staple paper copies. Failure to comply with Local Bankruptcy Rule 8006 and Bankruptcy Appeal Procedures found on the bankruptcy court website under Local Rules shall result in the appeal being transmitted deficient to the U.S. District Court.

Include tabbed, numbered dividers or colored sheets of paper to separate designated documents. Once the paper record is submitted, no opportunity is available to correct any deficiencies found by the bankruptcy clerk, who, after review, is required to certify and paginate the record and must transmit the record "forthwith" while noting any deficiencies or noncompliance with the rules or Notice of Guidelines Regarding Appeals on the transmittal form.

## **TRANSMITTAL OF THE RECORD TO THE DISTRICT COURT**

The Clerk of the U.S. Bankruptcy Court shall transmit the record to the Clerk of the U.S. District Court, when the record has been assembled (including transcripts and exhibits) and after the expiration of applicable time limits. Upon receipt of the record, the Clerk of the U.S. District Court will enter the appeal on the docket and shall provide written notice to the parties of the day on which the appeal was docketed. Pursuant to Rule 8009 the time to file the appellant briefs begins on the date of entry of the appeal on the district court docket. Deficient records will be presented to the presiding United States District Judge for a determination on dismissing the appeal.

## **INTERLOCUTORY APPEALS**

Pursuant to Rule 8003 of the Bankruptcy Rules, the Notice of Appeal from an interlocutory order of the U.S. Bankruptcy Court must be accompanied by a "Motion For Leave To Appeal" under 28 U.S.C. §1334(b) or §1482(b). Within ten (10) days after service of the Motion, an adverse party may file with the Clerk of the U.S. Bankruptcy Court an Answer in Opposition. Once the ten (10) day period for submission of an Answer has expired, the Notice of Appeal, the Motion for Leave to Appeal and any answer in opposition will be transmitted by the Clerk of the U.S. Bankruptcy Court to the Clerk of the U.S. District Court for assignment to a United States District Judge.

## **DIRECT APPEAL**

The U.S. Court of Appeals for the Fifth Circuit may authorize the direct appeal of the appealed judgment, order or decree, bypassing the U.S. District Court, if the bankruptcy court certifies or all the parties to the appeal, acting jointly, file a certification of direct appeal to the court of appeals of a case that meets specific criteria. The bankruptcy court may certify on its own or upon the filing by any party or parties of a petition requesting direct appeal with the U.S. Bankruptcy Court before transmittal of the appeal record to the U.S. District Court and no later than 60 days after the entry of the appealed judgment, order, or decree. The parties may supplement the certification with a brief basis for certification. The filing of a petition does not stay any proceeding of the bankruptcy court absent a court order. See 28 U.S.C. §158(d) for specific information regarding direct appeals.


DATED:  4/28/09                               FOR THE COURT:
                                              Tawana C. Marshall, Clerk of Court

                                              by: /s/G Luna, Deputy Clerk