Van W. Northern
NORTHERN LAW FIRM
112 W. 8th Ave., Suite 400
Amarillo, Texas 79101
SBN: 15101100
(806) 374-2266, (806) 374-9535 FAX
ATTORNEY FOR RALPH LYLE CRUM

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-20297-RLJ-7 |
| | § | |
| RALPH LYLE CRUM, | § | Chapter 07 |
| Debtor. | § | |
| | § | |

### APPELLANT'S DESIGNATION OF THE RECORD ON APPEAL

Appellant, Ralph Lyle Crum, files his Designation of the Record on Appeal below.

| | **DESCRIPTION** | **DOCKET NO.** |
|---|---|---|
| 1. | Voluntary Petition (chapter 7) | 1 |
| 2. | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors | 7 |
| 3. | Debtor's Schedules A through J | 12 |
| 4. | Debtor's Amended Schedules B and C | 29 |
| 5. | Debtor's Amended Schedules B and C | 30 |
| 6. | Order of Discharge | 40 |
| 7. | Randi L. Crum's Amended Objection to Debtor's Amended Claim of Exemption | 51 |
| 8. | Debtor's Amended Schedules B and C | 55 |
| 9. | Trustee's First Amended Objection to Debtor's Claim of Exemptions | 57 |

| | | |
|---|---|---|
| 10. | Randi L. Crum's Supplemental Objections to Debtor's Amended Claimed Exemptions | 63 |
| 11. | Joint Stipulations for Trustee's and Randi Crum's Objections to Exemptions | 58 |
| | Includes:<br>Summary of Exhibits to Joint Stipulations for Trustee's and Randi Crum's Objections to Exemptions | 58-1 |
| | Group SAMA Investment Documents | 58-2 |
| | Debtor's Amended Schedules B and C (Doc 55) | 58-3 |
| 12. | Debtor Ralph Crum's Brief in Opposition to Trustee's and Randi Crum's Objections to Exemptions | 66 |
| 13. | Trustee's Second Amended Objection to Debtor's Claimed Exemptions | 68 |

Respectfully submitted,

**NORTHERN LAW FIRM**
112 W. 8th Ave., Suite 400
Amarillo, Texas 79101
Tel. (806) 374-2266
Fax. (806) 374-9535

*/s/ Van W. Northern*
Van W. Northern
State Bar No. 15101100
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

The undersigned certifies that he has on the date shown below transmitted a true copy of the foregoing document to the following parties in interest by electronic notification via the court's electronic case filing system or by regular mail on the 7th day of May, 2009:

Chapter 7 Trustee
Mr. Kent Ries,
600 s. Tyler, Suite 1300
Box 12058
Amarillo, Texas 79101

U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1496

Attorney for Randi Crum
Coleman Young
Templeton, Smithee, Hayes, Heinrich, & Russell, LLP
P.O. Box 15010
Amarillo, Texas 79105

Notices
Eddie R. Jimenez, Esq.
Pite Duncan, LLP
PO Box 12289
El Cajoh, CA 92022-2289

*/s/ Van W. Northern*
Van W. Northern