Van W. Northern
NORTHERN LAW FIRM
112 W 8th Ave., Suite 400
Amarillo, Texas 79101
SBN: 15101100
(806) 374-2266, (806) 374-9535 FAX
ATTORNEY FOR RALPH LYLE CRUM

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-20297-RLJ-7 |
| | § | |
| RALPH LYLE CRUM, | § | Chapter 07 |
| Debtor. | § | |
| | § | |

### APPELLANT'S STATEMENT OF THE ISSUES ON APPEAL

Appellant, Ralph Lyle Crum, files his Statement of the Issues on Appeal below.

Debtor contends that the primary issues of appeal are:

1. Whether the trial court's application of *In re Zibman*, 268 F.3d 298 (5th Cir. 2001) has any application to Debtor's claim under the "snap shot rule" that $254,902.04 of the Debtor's funds which were withdrawn from a qualified, IRA (hereafter "IRA funds") less than 60 days prior to filing bankruptcy, are exempt from claims against the estate under 11 U.S.C. Section 522(d)(12), and other statutes and common law relied upon by Debtor.

2. Whether Debtor was forced to an election of exemptions to protect the IRA funds under 11 U.S.C. Section 522b(2) and (3), and/or Section 522(d) as decided by the trial court.

3. Whether the 60 day "tolling rule" which applies to the reinvestment of IRA funds in order to maintain their exempt status, after withdrawal from a qualified IRA, must be strictly applied, where as here, (i) the Trustee objected to Debtor's exemption of the IRA funds, claiming same as

an asset of the estate, and thereby effectively prohibited Debtor's reinvestment of the funds within the necessary 60 day period; (ii) the fund manager misrepresented the IRA status of the funds to Debtor, after Debtor attempted to reinvest the withdrawn funds less than 60 days prior to bankruptcy.

4. Whether all statutes and case law claimed by Debtor as a basis to exempt the withdrawn IRA funds were properly overruled by the trial court.

5. Whether the trial court's broad denial of each and every statutory and common law basis asserted by Debtor that the IRA funds were exempt, without providing any factual or legal basis therefore, is reversible error.

6. Whether the Trustee's or Creditor Randi Crum's failure to object to each statutory and common law basis asserted by Debtor that the IRA funds were exempt, constitutes a waiver, and therefore the IRA funds are exempt as a matter of law; and despite the Trustee's and Creditor Randi Crum's objections to exemptions on other grounds, the trial court should have sustained Debtor's exemptions, thereby resulting in reversible error.

7. Whether the trial court's conclusion that the IRA funds are not exempt, and are property of the bankruptcy estate is reversible error.

8. Whether it was inequitable for the trial court to disallow his exemption claim to the IRA funds under the stipulated facts.

9. Whether the trial court's ruling that Debtor had a right and duty to request tolling of the 60 day deadline to roll over the IRA funds, after Debtor filed bankruptcy and the Trustee claimed the funds for the estate is reversible error.

10. Whether the trial court's ruling that the $11,000.00 of Fidelity IRA funds paid to a third party, Trudy-Herrmann-Hall prior to bankruptcy, lost their exempt status is erroneous as a

matter of law; or in the alternative, does the trial court's ruling that such funds "are *not* property of the estate" effectively prevent seizure of those funds by the Trustee.

Respectfully submitted,

**NORTHERN LAW FIRM**
112 W. 8th Ave., Suite 400
Amarillo, Texas 79101
Tel. (806) 374-2266
Fax. (806) 374-9535

*/s/ Van W. Northern*
Van W. Northern
State Bar No. 15101100
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

The undersigned certifies that he has on the date shown below transmitted a true copy of the foregoing document to the following parties in interest by electronic notification via the court's electronic case filing system or by regular mail on the 7th day of May, 2009:

Chapter 7 Trustee
Mr. Kent Ries,
600 s. Tyler, Suite 1300
Box 12058
Amarillo, Texas 79101

Attorney for Randi Crum
Coleman Young
Templeton, Smithee, Hayes, Heinrich, & Russell, LLP
P.O. Box 15010
Amarillo, Texas 79105

Notices
Eddie R. Jimenez, Esq.
Pite Duncan, LLP
PO Box 12289
El Cajoh, CA 92022-2289

U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1496

*/s/ Van W. Northern*
Van W. Northern

Case No. 08-20297; In re: Ralph L. Crum
Appellant's Statement on Issues on Appeal                                                      Page 3