Coleman Young, Esq.
TEMPLETON, SMITHEE, HAYES
  HEINRICH & RUSSELL, L.L.P.
320 S. Polk, Suite 1000
P. O. Box 15010
Amarillo, Texas  79105
(806) 324-0324 – Telephone
(806) 379-8568 – Telecopy

ATTORNEY FOR RANDI L. CRUM

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| RALPH LYLE CRUM, | § | CASE NO.2-08-20297-RLJ-7 |
| | § | |
| DEBTOR. | § | |

## APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS
## TO BE INCLUDED IN THE RECORD ON APPEAL

Appellee Randi L. Crum, files this her Designation of Additional Items to Be Included in the Record on Appeal.

| Number | Description | Docket No. |
|---|---|---|
| 1 | Statement of Financial Affairs | 14 |
| 2 | Trustee's Objection to Debtor's Claimed Exemption | 20 |
| 3 | Randi L. Crum's Response to Trustee's Objections to Debtor's Claimed Exemptions | 24 |
| 4 | Randi L. Crum's Objections to Debtor's Claimed Exemptions (with exhibit Memorandum of Decision) | 25 |
| 5 | Debtor's Response to Randi L. Crum's Objection to Debtor's Claim of Exemption | 27 |
| 6 | Debtor's Response to Trustee's Objection to Debtor's Claimed Exemptions | 28 |

| Number | Description | Docket No. |
|---|---|---|
| 7 | Randi L. Crum's Objections to Debtor's Amended Claimed Exemptions (with exhibit Memorandum of Decision) | 33 |
| 8 | Exhibits to Joint Stipulation for Trustee's and Randi L. Crum's Objections to Exemptions<br>C (58-4) Memorandum of Decision<br>D (58-5) Motion for Articulation/Clarification Post Judgment<br>E (58-6) Clarification de Defendant's Motion for Articulation-<br>    Post Judgment Dated and Filed April 16, 2008<br>    (Concerning Earning Capacity)(141.02)<br>F (58-7) Transcript of May 12, 2008 Hearing<br>G (58-8) Divorce Case Detail Docket Sheet | 58 |
| 9 | Trustee's Brief in Support of His First Amended Objection to Debtor's Amended Claimed Exemptions | 64 |
| 10 | Randi L. Crum's Brief in Support of Her Objections to Debtor's Amended Claimed Exemptions | 65 |
| 11 | Partial Order on Debtor's Exemptions | 69 |

Respectfully submitted,

/s/ Coleman Young
Coleman Young
State Bar No. 22174200
TEMPLETON, SMITHEE, HAYES,
  HEINRICH & RUSSELL, L.L.P.
320 S. Polk, Suite 1000
P. O. Box 15010
Amarillo, Texas  79101
Telephone No.  806/324-0324
Telecopy No.   806/379-8568

ATTORNEY FOR RANDI L. CRUM

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument was served upon the following this 14th day of May, 2009, addressed as follows:

| | |
|---|---|
| Mr. Van Northern<br>NORTHERN LAW FIRM<br>112 W. 8th Street, Suite 400<br>Amarillo, Texas 79101 | Via Electronic Notice ☒<br>Certified Mail, Return Receipt Requested ☐<br>United States Regular Mail ☐<br>Overnight Mail ☐<br>Via Facsimile Transmission ☐<br>Via Hand-Delivery ☐ |
| Mr. Kent David Ries<br>600 S. Tyler, Suite 1300<br>Box 12058<br>Amarillo, Texas 79101 | Via Electronic Notice ☒<br>Certified Mail, Return Receipt Requested ☐<br>United States Regular Mail ☐<br>Overnight Mail ☐<br>Via Facsimile Transmission ☐<br>Via Hand-Delivery ☐ |
| United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, Texas 75242-1496 | Via Electronic Notice ☒<br>Certified Mail, Return Receipt Requested ☐<br>United States Regular Mail ☐<br>Overnight Mail ☐<br>Via Facsimile Transmission ☐<br>Via Hand-Delivery ☐ |

/s/ Coleman Young
Coleman Young