Kent Ries
State Bar No. 16914050
600 S. Tyler, Box 12058
1300 Chase Tower
Amarillo, Texas 79101
(806) 242-7437
(806) 242-7440 – Fax

COUNSEL FOR TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | |
| **RALPH LYLE CRUM,** | § | Case No. 08-20297-RLJ-7 |
| | § | |
| Debtor. | § | Hearing is set for June 11, 2009 |
| | § | at 1:30 p.m. |

## MOTION TO COMPEL DEBTOR TO TURNOVER GROUP SAMA ACCOUNT AND DOCUMENTS

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE:

COMES NOW, Kent Ries, Trustee ("Trustee") of the referenced Chapter 7 bankruptcy estate, and files this Motion to Compel Debtor to Turnover Group SAMA Account and Documents, and in support thereof would respectfully show the Court as follows:

I.

1. The Debtor claimed his interest in an "IRA" account at Group SAMA, with a scheduled value of $254,902.04, as exempt and stated as his basis for the exemption, among other things, 11 U.S.C. §522(d)(10)(E) & (12).

2. On November 25, 2008 the Trustee filed Second Amended Objection to Debtor's Claimed Exemptions wherein he objected to this exemption claim as the Debtor had not met the requirements to exempt these assets.

3. This Court's Order dated April 15, 2009 determined the Group SAMA account of approximately $254,902.04 was property of the bankruptcy estate and not exempt under any of the authorities claimed by the Debtor.

4. Bankruptcy Code §521 (a) (4) requires a debtor to surrender to the trustee all property of the estate. The Debtor here has failed to comply with this Court's April 15, 2009 Order and turnover the Group SAMA account to the Trustee.

5. The Debtor has appealed the April 15, 2009 Order and requested a direct appeal to the Fifth Circuit Court of Appeals. However, no stay of the Order has been requested by the Debtor. Further, no supersedeas bond or other similar relief has been presented to the Court by the Debtor.

6. On April 17, 2009, the Trustee mailed to Group SAMA and the Debtor a letter requesting the turnover of the Group SAMA account proceeds. A copy of the letters are attached hereto as Exhibit "A" and incorporated herein for all purposes. Neither party has made any attempt to comply with Trustee's request.

II.

7. On April 17, 2009, the Trustee requested the Debtor provide contact information on Trudy Hall, who was asserted by the Debtor to be his fiancée. To date Debtor has not complied with Trustee's request. Ms. Hall was the subject of a fraudulent transfer of approximately $11,000.00 of Debtor's investments just prior to filing.

WHEREFORE, Trustee prays that, after notice and hearing, the Debtor be ordered to turnover the Group SAMA account pursuant to this Court's Order dated April 15, 2009 and to provide the information requested on Trudy Hall, and for such other and further relief to which the Trustee may be allowed, at law or in equity.

Respectfully submitted,

Kent Ries, Attorney at Law
600 S. Tyler, Box 12058
1300 Bank One Center
Amarillo, Texas 79101
(806) 242-7427
(806) 242-7440 - Fax

By: /s/ Kent Ries
    Kent Ries
    State Bar No. 1691450

COUNSEL FOR TRUSTEE

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of May, 2009, a true and correct copy of the above and foregoing was sent electronically via ECF or mailed in the United States mail, postage prepaid, to the parties listed below and on the attached matrix.

United States Trustee
1100 Commerce Street, Room 9C60
Dallas, Texas 75242

Ralph Lyle Crum
P.O. Box 40713
Austin, Texas 78704-0012

Van Northern
Northern Law Firm
112 W. 8th, Suite 400
Amarillo, Texas 79101

/s/ Kent Ries
Kent Ries

| | | |
|---|---|---|
| U.S. Attorney<br>1100 Commerce, 3rd Floor<br>Dallas, TX 75242-1074 | U.S. Attorney General<br>Department of Justice<br>Washington, DC 20001 | AT&T Mobility<br>P.O. Box 650553<br>Dallas, TX 75265-0553 |
| AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING, TX 75016-8088 | Amex<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329-7871 | Armstrong Moving & Storage<br>2401 Double Creek Drive<br>Round Rock, TX 78664-3806 |
| Arturo Carillo Medical<br>1911 Port Lane<br>Amarillo, TX 79106-2470 | Aspen Collection<br>P.O. Box 5129<br>Spring Hill, FL 34611-5129 | Attorney-In-Charge<br>Office of the United States<br>500 S. Taylor, Lobby Box 238<br>Amarillo, TX 79101-2446 |
| Bank Of America<br>Pob 17054<br>Wilmington, DE 19884-0001 | Bank of America<br>P.O. Box 15714<br>Wilmington, DE 19886-5714 | Chase<br>800 Brooksedge Blvd<br>Westerville, OH 43081-2822 |
| Chase Business Cardmember<br>P.O. Box 94104<br>Palatine, IL 60094-4104 | Comptroller of Public Accounts<br>Taxation Division Bankruptcy<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Financial Recovery Services<br>P.O. Box 385908<br>Minneapolis, MN 55438-5908 |
| Fred Siegel, Esq.<br>1281 East Main Street<br>Holly Pond Plaza<br>Stamford, CT 06902-3544 | GE Capital<br>P.O. Box 740441<br>Atlanta, GA 30374-0441 | Goldfarb & Ajello Court<br>24 East Ave.<br>Box 1372<br>New Canaan, CT 06840-5529 |
| Hartley Hampton<br>Attorney at Law<br>Five Houston Center<br>1401 McKinney, Suite 1800<br>Houston, TX 77010-4037 | Helen Bruno, Esq.<br>112 Prospect Street<br>Stamford, CT 06901-1207 | Home Coming Funding Ne<br>2711 N Haskell Ave. Sw 1<br>Dallas, TX 75204-2911 |
| Homecomings Financial, LLC<br>c/o Pite Duncan, LLP<br>525 East Main Street<br>P.O. Box 12289<br>El Cajon, CA 92022-2289 | Internal Revenue Service<br>Special Procedures Branch<br>Bankruptcy Section, Mail Code<br>1100 Commerce Street<br>Dallas, TX 75242-1001 | Lu Ann Weldon, MSHA, RN, CPC<br>Professional Healthcare<br>1800 W. Cherry Ave.<br>Amarillo, TX 79108-0703 |
| Peter M. Dreyer<br>Siver Golub & Teitell, LLP<br>Post Office Box 389<br>Stamford, CT 06904-0389 | Randi Crum<br>25 Fanton Hill Road<br>Weston, CT 06883-2406 | Randi L. Crum<br>c/o Coleman Young<br>Templeton Law Firm<br>P. O. Box 15010<br>Amarillo, TX 79105-5010 |
| Ruth S. Vidauri<br>Wells Fargo SBA Lending<br>4406 Piedras Dr. West, Ste 100<br>San Antonio, TX 78228-1207 | Tascosa Office Machines<br>1005 W. 8th Street<br>Amarillo, TX 79101-2011 | Texas Workforce Commission<br>101 E. 15th Street<br>Austin, TX 78778-0001 |

| | | |
|---|---|---|
| Tooher & Wocl, LLC<br>80 Fourth Street<br>Stamford, CT 06905-5009 | United Collection Bureau, Inc.<br>P.O. Box 1117<br>Maumee, OH 43537-8117 | Wells Fargo Bank<br>Amarillo Dowtown Business<br>905 S. Fillmore<br>Amarillo, TX 79101-3540 |
| Willows Pediatric Group<br>1563 Post Road East<br>Westport, CT 06880-5602 | Ralph Lyle Crum<br>7003 Covenant Lane<br>Amarillo, TX 79109-6880 | Van W. Northern<br>Northern Law Firm<br>112 W. 8th Street, Suite 400<br>Amarillo, TX 79101-2314 |
| American Honda Finance<br>600 Kelly Way<br>Holyoke, MA | | |

**KENT RIES**
ATTORNEY AT LAW
600 S. TYLER, BOX 12058
1300 CHASE TOWER
AMARILLO, TEXAS 79101

E-MAIL: KENT@KENTRIES.COM

TELEPHONE
(806) 242-7437

FACSIMILE
(806) 242-7440

April 17, 2009

Edificio Grupo Sama
Sabana Sur, Calles 46 y 48, Avenida 10
Apdo: 7611-1000
San Jose, Costa Rica

Re:   Case No. 08-20297; *Ralph Lyle Crum*; In the United States Bankruptcy Court, Northern District of Texas, Amarillo Division

To Whom It May Concern:

I am the Trustee appointed in the above referenced bankruptcy case. Enclosed is a copy of the Notice of Chapter 7 Bankruptcy Case that describes information about the case.

According to the Debtor's schedules, Mr. Crum has an account at your institution, Account No. 10673534 (see enclosed contract), with an account balance of approximately $254,902.04. This account constitutes property of this bankruptcy estate pursuant to the attached Court Order. This letter is formal notice to you that you must turnover the account balance to the Estate within ten days from the date of this letter. Funds should be made payable to the Estate of Ralph Lyle Crum. This request is made under Section 543 (b) of the Bankruptcy Code.

Your prompt attention to this matter is appreciated. If you have any questions on the above, please call me.

Sincerely,

Kent Ries

KR/bh
Cc:   Van Northern
      Ralph Crum
      Cole Young

EXHIBIT A

# KENT RIES
ATTORNEY AT LAW

600 S. TYLER, BOX 12058
1300 CHASE TOWER
AMARILLO, TEXAS 79101

E-MAIL: KENT@KENTRIES.COM

TELEPHONE
(806) 242-7437

FACSIMILE
(806) 242-7440

April 17, 2009

Mr. Van Northern
112 W. 8th, Suite 400
Amarillo, Texas 79101

Re:  Case No. 08-20297; *Ralph Lyle Crum*; In the United States Bankruptcy Court, Northern District of Texas, Amarillo Division

Dear Van:

Enclosed please find a copy of correspondence I sent to Group Sama requesting the turnover of funds. Please advise your client to contact the bank as well and to fully cooperate with the turnover of these funds.

Also, I need the contact information on Trudy Hall, as I requested on March 23, 2009 (enclosed).

If you have any questions on the above, please call me.

Sincerely,

Kent Ries

Enclosure
KR/bh
Cc:   Ralph Crum
      Cole Young