Kent Ries, Attorney at Law
State Bar No. 16914050
600 S. Tyler, Box 12058
1300 Chase Tower
Amarillo, Texas 79101
(806) 242-7437
FAX (806) 242-7440

COUNSEL FOR TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RALPH LYLE CRUM, | § | CASE NO. 08-20297-RLJ-7 |
| | § | |
| Debtors. | § | |

## NOTICE OF HEARING ON TRUSTEE'S MOTION TO COMPEL DEBTOR TO TURNOVER GROUP SAMA ACCOUNT AND DOCUMENTS

You are hereby notified that a hearing on Trustee's Motion to Compel Debtor to Turnover Group SAMA Account and Documents filed in the above-captioned bankruptcy proceeding, is set for hearing at 1:30 p.m. on June 11, 2009, in the Bankruptcy Courtroom, 624 S. Polk, Amarillo, Texas 79101.

Respectfully submitted,

KENT RIES, Attorney at Law
600 S. Tyler, Box 12058
1300 Chase Tower
Amarillo, Texas  79101
(806) 242-7437
(806) 242-7440 - Fax

By: /s/ Kent Ries
    Kent Ries
    State Bar No. 16914050

COUNSEL FOR TRUSTEE

### **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of May, 2009, a true and correct copy of the above and foregoing document was mailed via regular mail in the United States mail, postage prepaid, to the parties listed below.

United States Trustee
1100 Commerce Street, Room 9C60
Dallas, Texas 75242

Ralph Lyle Crum
7003 Covenant Lane
Amarillo, Texas 79109

Van Northern
112 W. 8th, Suite 400
Amarillo, Texas 79101

    /s/   Kent Ries
Kent Ries