BTXN 150 (rev. 1/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I.** (a) **APPELLANT**
Ralph Lyle Crum

**APPELLEE**
Randi Crum and Kent Ries, Trustee

(b) County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Van Northern
112 W. 8th Ave., Ste. 400
Amarillo, TX 79101
806–374–2266

Attorney's (If Known)
Coleman Young
Templeton Law Firm
P.O. Box 15010
Amarillo, TX 79105

Kent Ries
600 S. Tyler, Ste. 1300
Amarillo, TX 79101
806–242–7437

## II. BASIS OF JURISDICTION

- ( ) 1  U.S. Government Plaintiff
- ( ) 2  U.S. Government Defendant
- (●) 3  Federal Question (U.S. Government Not a Party)
- ( ) 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ( ) 1 | ( ) 1 | Incorporated *or* Principal Place of Business In This State | ( ) 4 | ( ) 4 |
| Citizen of Another State | ( ) 2 | ( ) 2 | Incorporated *and* Principal Place of Business In Another State | ( ) 5 | ( ) 5 |
| Citizen or Subject of a Foreign Country | ( ) 3 | ( ) 3 | Foreign Nation | ( ) 6 | ( ) 6 |

## IV. NATURE OF SUIT

- (●) 422 Appeal 28 USC 158
- ( ) 423 Withdrawal 28 USC 157
- ( ) 890 Other Statutory Actions

## V. ORIGIN

- (●) 1 Original Proceeding
- ( ) 2 Removed from State Court
- ( ) 3 Remanded from Appellate Court
- ( ) 4 Reinstated or Reopened
- ( ) 5 Transferred from another district
- ( ) 6 Multidistrict Litigation
- ( ) 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
NOTICE OF APPEAL

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

Judge:    Docket Number:

DATED:  8/10/09

FOR THE COURT:
Tawana C. Marshall, Clerk of Court
by: /s/G Luna, Deputy Clerk