BTXN 099 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

AUG 1 0 2009

CLERK, U.S. DISTRICT COURT

By _____

Deputy

In Re:
Ralph Lyle Crum

§
§
§
§                    Case No.:   08–20297–rlj7
        Debtor(s)       §                    Chapter No.:   7
                        §
Ralph Lyle Crum         §
                        §
        Appellant(s)    §
                        §
    vs.                 §
Randi Crum and Kent Ries, Trustee  §
                        §
        Appellee(s)     §
                        §
                        §
                        §
                        §

**2 – 0 9 C V – 1 9 9 – J**

## TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

Pursuant to Federal Rules of Bankruptcy Procedure 8007, the appeal filed on 4/27/09 regarding Order regarding objections to Debtor's claimed exemptions by Ralph Crum in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

This record on appeal contains all items listed on the attached index, and is in compliance with Rule 8007 of the Federal Rules of Bankruptcy Procedure.

All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

The above referenced record was delivered to the U.S. District Clerk's Office on August 10, 2009.


DATED:  8/10/09                    FOR THE COURT:
                                   Tawana C. Marshall, Clerk of Court

                                   by: /s/G Luna, Deputy Clerk