U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 30, 2010**                            **United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| | § | |
| **RALPH LYLE CRUM,** | § | Case No. 08-20297-RLJ-7 |
| | § | |
| Debtor. | § | |

### ORDER GRANTING MOTION TO COMPROMISE CLAIMS OF ESTATE, RANDI CRUM, AND RALPH CRUM, INCLUDING APPEAL OF RALPH CRUM

On this day came on for consideration the Motion of Kent Ries, Trustee in the above captioned bankruptcy proceeding, seeking to compromise a controversy between Trustee, on behalf of the bankruptcy Estate, and Randi Crum, Ralph Crum, and appeal of Ralph Crum. The Court, having reviewed the Motion of the Trustee, finds jurisdiction over the subject matter and is of the opinion that the Trustee's Motion to Compromise Claims should be granted. It is therefore

**ORDERED, ADJUDGED AND DECREED**, that the Trustee's Motion to Compromise is hereby granted on the terms described in the Motion; It is further

**ORDERED, ADJUDGED AND DECREED**, that the Trustee be and the same is hereby authorized to execute all documents and instruments necessary to carry out the purposes of intent of this Order.

### END OF ORDER ###

Prepared By:

Kent Ries, Attorney at Law
State Bar No. 16914050
600 S. Tyler, Box 12058
1300 Chase Tower
Amarillo, Texas 79101
(806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE