U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed March 30, 2010            United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| RALPH LYLE CRUM, | § | Case No. 08-20297-RLJ-7 |
| | § | |
| Debtor. | § | |

### ORDER GRANTING MOTION TO COMPROMISE CLAIMS OF ESTATE, RANDI CRUM, AND RALPH CRUM, INCLUDING APPEAL OF RALPH CRUM

On this day came on for consideration the Motion of Kent Ries, Trustee in the above captioned bankruptcy proceeding, seeking to compromise a controversy between Trustee, on behalf of the bankruptcy Estate, and Randi Crum, Ralph Crum, and appeal of Ralph Crum. The Court, having reviewed the Motion of the Trustee, finds jurisdiction over the subject matter and is of the opinion that the Trustee's Motion to Compromise Claims should be granted. It is therefore

**ORDERED, ADJUDGED AND DECREED**, that the Trustee's Motion to Compromise is hereby granted on the terms described in the Motion; It is further

**ORDERED, ADJUDGED AND DECREED**, that the Trustee be and the same is hereby authorized to execute all documents and instruments necessary to carry out the purposes of intent of this Order.

### END OF ORDER ###

Prepared By:

Kent Ries, Attorney at Law
State Bar No.  16914050
600 S. Tyler, Box 12058
1300 Chase Tower
Amarillo, Texas 79101
(806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE

# CERTIFICATE OF NOTICE

```
District/off: 0539-2           User: gluna              Page 1 of 1               Date Rcvd: Mar 30, 2010
Case: 08-20297                 Form ID: pdf012          Total Noticed: 2

The following entities were noticed by first class mail on Apr 01, 2010.
db           Ralph Lyle Crum,   P O Box 40713,   Austin, TX 78704-0012
cr           Randi L. Crum,   c/o Coleman Young,   Templeton Law Firm,   P. O. Box 15010,
              Amarillo, TX 79105-5010
The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 01, 2010**             **Signature:** _/s/ Joseph Speetjens_