Coleman Young, Esq.
TEMPLETON, SMITHEE, HAYES
   HEINRICH & RUSSELL, L.L.P.
320 S. Polk, Suite 1000
P. O. Box 15010
Amarillo, Texas  79105
(806) 324-0324 – Telephone
(806) 379-8568 – Telecopy
ATTORNEY FOR RANDI L. CRUM

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RALPH LYLE CRUM, | § | CASE NO.2-08-20297-RLJ-7 |
| | § | |
| DEBTOR. | § | |

## NOTICE OF WITHDRAWAL OF CLAIM #8

COMES NOW Randi L. Crum, a Creditor in the above-referenced bankruptcy and files this Withdrawal of Claim #8. This claim has been settled and the claims made therein against the Debtor have been released.  Therefore, the proof of claim filed in this bankruptcy proceeding is moot and is hereby withdrawn.

    Respectfully submitted,

    /s/ Coleman Young
    Coleman Young
    State Bar No. 22174200
    TEMPLETON, SMITHEE, HAYES,
      HEINRICH & RUSSELL, L.L.P.
    320 S. Polk, Suite 1000
    Amarillo, Texas  79101
    Telephone No.  806/324-0324
    Telecopy No.   806/379-8568

    ATTORNEY FOR RANDI L. CRUM

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument was served upon the following this 14th day of April, 2010, addressed as follows:

| | |
|---|---|
| Mr. Van Northern<br>NORTHERN LAW FIRM<br>112 W. 8th Street, Suite 400<br>Amarillo, Texas 79101 | Via Electronic Notice ☒<br>Certified Mail, Return Receipt Requested ☐<br>United States Regular Mail ☐<br>Overnight Mail ☐<br>Via Facsimile Transmission ☐<br>Via Hand-Delivery ☐ |
| Mr. Kent David Ries<br>600 S. Tyler, Suite1300<br>Box 12058<br>Amarillo, Texas 79101 | Via Electronic Notice ☒<br>Certified Mail, Return Receipt Requested ☐<br>United States Regular Mail ☐<br>Overnight Mail ☐<br>Via Facsimile Transmission ☐<br>Via Hand-Delivery ☐ |
| United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, Texas 75242-1496 | Via Electronic Notice ☒<br>Certified Mail, Return Receipt Requested ☐<br>United States Regular Mail ☐<br>Overnight Mail ☐<br>Via Facsimile Transmission ☐<br>Via Hand-Delivery ☐ |

/s/ Coleman Young
Coleman Young