# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-20297 RLJ
**Case Name:** CRUM, RALPH LYLE

**Period Ending:** 04/30/10

**Trustee:** (631700)    Kent Ries
**Filed (f) or Converted (c):** 05/30/08 (f)
**§341(a) Meeting Date:** 07/16/08
**Claims Bar Date:** 10/23/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | PROPERTY LOCATED AT 25 FANTON HILL ROAD, WESTON, | 1,100,000.00 | 649,179.00 | DA | 0.00 | FA |
| 2 | WELLS FARGO CHECKING ACCOUNT NO. 127-7700678 IN | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | RESIDENTIAL SECURITY DEPOSIT TO CENTURY 21 FOR 7 | 1,375.00 | 1,375.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD FURNITURE AND FURNISHINGS | 60,000.00 | 50,000.00 | DA | 0.00 | FA |
| 5 | BRONZE SCULPTURE, SUN AND MOON | 20,000.00 | 20,000.00 | DA | 0.00 | FA |
| 6 | MISCELLANEOUS CLOTHING | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | MAVADO WATCH | 800.00 | 0.00 | DA | 0.00 | FA |
| 8 | GROUP SAMA INTERNACIONAL, G.S. S.A. IRA ACCOUNT | 254,902.04 | 0.00 | | 205,000.00 | FA |
| 9 | FIDELITY RETIREMENT ACCOUNT NO. 139913995 IN THE | 38,080.64 | 0.00 | DA | 0.00 | FA |
| 10 | WACHOVIA SEP IRA ACCOUNT NO. 2790-9071 IN THE NA | 79.58 | 0.00 | DA | 0.00 | FA |
| 11 | FIDELITY IRA PROCEEDS | 11,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 100% INTEREST IN NEW LIFE BARIATRICS | 100.00 | 100.00 | DA | 0.00 | FA |
| 13 | 2004 JEEP WRANGLER RUBICON (30,000 MILES) | 11,120.00 | 0.00 | DA | 0.00 | FA |

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-20297 RLJ
**Case Name:** CRUM, RALPH LYLE

**Period Ending:** 04/30/10

**Trustee:** (631700)    Kent Ries
**Filed (f) or Converted (c):** 05/30/08 (f)
**§341(a) Meeting Date:** 07/16/08
**Claims Bar Date:** 10/23/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | EQUITY IN PROPERTY LOCATED AT 25 FANTON HILL ROA<br>   This is a claim owned by the Debtor as a result of his divorce with Randi Crum | 150,000.00 | 150,000.00 | DA | 0.00 | FA |
| 15 | DIVORCE DECREE AWARD OF $150,000.00<br>   This is a duplicate to asset #14 | 150,000.00 | 146,695.00 | DA | 0.00 | FA |
| 16 | NEGLIGENCE CLAIM AGAINST GROUP SAMA  (u) | 254,902.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 74.01 | Unknown |
| 17 | **Assets**        **Totals** (Excluding unknown values) | **$2,052,459.26** | **$1,017,349.00** | | **$205,074.01** | **$0.00** |

**Major Activities Affecting Case Closing:**

   Review claims.

**Initial Projected Date Of Final Report (TFR):** December 31, 2010

**Current Projected Date Of Final Report (TFR):** December 31, 2010