# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-20297 RLJ |
| CRUM, RALPH LYLE | § | |
| | § | |
| | § | CHAPTER 7 |
| DEBTOR. | § | |

## APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 624 S. POLK STREET, AMARILLO, TEXAS 79101, BEFORE CLOSE OF BUSINESS ON JULY 9, 2010, WHICH IS TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

**TO THE HONORABLE ROBERT L. JONES**
**UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, Kent Ries, chapter 7 trustee for the estate of CRUM, RALPH LYLE and files this Application for Trustee's Compensation and Expenses ("Application") to request compensation and reimbursement of expenses pursuant to 11 U.S.C. § 330(a)(1) and (a)(7).  In support of the Application, the trustee submits the following information:

1. On <u>05/30/08</u>, the trustee was duly appointed as the chapter 7 trustee.

2. Contemporaneously with the filing of the Application, the trustee has filed a Trustee's Final Report ("TFR") and a Notice of Trustee's Final Report ("NFR").

3. Pursuant to 11 U.S.C. 326(a), the maximum compensation allowable to the trustee is $<u>13,504.52</u> based on the total amount disbursed to parties in interest, except for amounts disbursed to the debtor, or to any entity, if the funds disbursed were not property of the estate, e.g. return of a sale deposit.  See attached **Exhibit 1** for a detailed calculation of the compensation requested.

4. The trustee has received $0.00 of the maximum compensation allowable as interim compensation, and now requests $13,504.52 as final compensation, subject to additional compensation based on the disbursement of additional interest income to parties in interest.

5. In addition, the trustee requests $59.40 for reimbursement of reasonable and necessary expenses incurred in the administration of the estate. See attached **Exhibit 2** for an itemization of the trustee's expenses.

6. In the event additional interest income accrues on estate funds after the filing of the TFR and before distribution of funds by the trustee, the trustee requests approval of additional compensation based on the disbursement of this additional interest income to parties in interest without further Order of the Court.

WHEREFORE, PREMISES CONSIDERED, Kent Ries, the chapter 7 trustee, requests approval of $13,504.52 in compensation and $59.40 in reimbursement of expenses.

Dated: 6/18/10

By: /s/ Kent Ries
Kent Ries
Chapter 7 Trustee

Printed: 06/17/10 08:35 PM

# Trustee's Compensation

**Debtor:** CRUM, RALPH LYLE                                    **Case:** 08-20297

**Computation of Compensation**

| | | | |
|---|---:|---:|---:|
| Total disbursements to other than the debtor are: | | | 205,090.43 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 | = | 4,500.00 |
| 5% of Next $950,000 | 155,090.43 | = | 7,754.52 |
| 3% of Balance | 0.00 | = | 0.00 |
| **Calculated Total Compensation:** | | | **$13,504.52** |
| Plus Adjustment: | | | 0.00 |
| **Total Compensation:** | | | **$13,504.52** |
| Less Previously Paid: | | | 0.00 |
| **Total Compensation Requested:** | | | **$13,504.52** |

**Trustee Expenses**

| | | |
|---|---|---:|
| Premium on Trustee's Bond | | 0.00 |
| Travel | 0.0 miles at 0.0 cents per mile | 0.00 |
| Copies | 220 copies at 20.0 cents per copy | 44.00 |
| Postage | | 15.40 |
| Telephone Charges | | 0.00 |
| Clerical / Secretarial | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Paralegal Assistance | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Supplies / Stationery | | 0.00 |
| Distribution Expenses | | 0.00 |
| Professional Expenses | | 0.00 |
| Other Expenses | | 0.00 |
| Other Expenses 2 | | 0.00 |
| **Subtotal Expenses:** | | **$59.40** |
| Plus Adjustment: | | 0.00 |
| **Total Expenses:** | | **$59.40** |
| Less Previously Paid: | | 0.00 |
| **Total Expenses Requested:** | | **$59.40** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $13,504.52 as compensation and $59.40 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated: 06/17/10                              Signed: /s/ Kent Ries

Kent Ries
600 S. Tyler, Box 12058
1300 Chase Tower
Amarillo, TX 79101

## **Exhibit 2**

**Trustee's Expenses:**

Premium on Trustee's Bond ................................................................................$          0.00

Necessary travel (0 miles @ 0.0 cents/mile)......................................................$          0.00

Necessary copies (220 @ 20.0 cents/copy) .......................................................$        44.00

Postage ................................................................................................................$        15.40

Telephone charges ..............................................................................................$          0.00

Clerical/secretarial staff (0.0 hrs @ $0.00/hr) ...................................................$          0.00

Paralegal staff (0.0 hrs @ $0.00/hr)...................................................................$          0.00

Supplies/stationary .............................................................................................$          0.00

Distribution Expenses ........................................................................................$          0.00

Professional Expenses........................................................................................$          0.00

Other Expenses ..................................................................................................$          0.00

Total Expenses ...................................................................................................$        59.40