# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| CRUM, RALPH LYLE | § | CASE NO. 08-20297 RLJ |
| | § | |
| | § | CHAPTER 7 |
| DEBTOR. | § | |

## SUMMARY OF TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

**TO: ALL CREDITORS AND OTHER PARTIES IN INTEREST:**

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 624 S. POLK STREET, AMARILLO, TEXAS 79101, BEFORE CLOSE OF BUSINESS ON JULY 9, 2010, WHICH IS TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

**PLEASE TAKE NOTICE THAT** on June 18, 2010, Applicant, Kent Ries, Chapter 7 Trustee, has filed with the U.S. Bankruptcy Court for the Northern District of Texas, Amarillo Division, a Trustee's Application for Compensation and Expenses ("Application") requesting the allowance of **$13,504.52** in compensation pursuant to 11 U.S.C. § 326 and **$59.40** in expenses.

A copy of the Application is on file with the Clerk's Office and can be reviewed at the Clerk's Office during normal business hours, or a copy may be obtained for no additional charge by contacting applicant at the address listed below. A COMPLETE COPY OF THE APPLICATION HAS ALSO BEEN PROVIDED TO THE OFFICE OF THE U.S. TRUSTEE, 1100 Commerce, Room 976, Dallas, TX 75242.

**Applicant**:
NAME:        Kent Ries, Chapter 7 Trustee
ADDRESS:     600 S. Tyler, Box 12058, 1300 Chase Tower
             Amarillo, TX  79101
PHONE NUMBER:  (806) 242-7437

                                              **By: /s/ Kent Ries**
                                              Kent Ries
                                              Chapter 7 Trustee