U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

United States Bankruptcy Judge

Signed July 19, 2010

---

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### Amarillo DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-20297 RLJ |
| CRUM, RALPH LYLE | § | |
| | § | |
| | § | (CHAPTER 7) |
| DEBTOR. | § | |

### ORDER APPROVING TRUSTEE'S APPLICATION
### FOR COMPENSATION AND EXPENSES

The court has considered the Application for Trustee's Compensation and Expenses ("Application") in which Kent Ries, the chapter 7 trustee for the estate requests compensation in the amount of $13,504.52 and reimbursement of expenses in the amount of $59.40. The Court having determined that the request for compensation and expenses should be granted, it is

ORDERED that Trustee's Application is granted, it is further

ORDERED that compensation in the amount of $13,504.52 is allowed; it is further

ORDERED that reimbursement of expenses in the amount of $59.40 is allowed; and it is further

ORDERED that in the event additional interest income accrues on estate funds prior to the distribution of funds by the chapter 7 trustee, the chapter 7 trustee shall be entitled to compensation on the distribution of the additional interest amounts in accordance with 11 U.S.C. § 326(a), without further Order of the Court.

# # # End of Order # # #

Prepared By:

**Kent Ries, Attorney at Law**
State Bar No.  16914050
600 S. Tyler, Box 12058
1300 Chase Tower
Amarillo, Texas 79101
(806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE