

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed July 19, 2010**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RALPH LYLE CRUM, | § | CASE NO. 08-20297-RLJ-7 |
| | § | |
| Debtor. | § | |

### ORDER ALLOWING MOTION FOR COMPENSATION AND
### REIMBURSEMENT OF EXPENSES OF COUNSEL FOR TRUSTEE

Kent Ries, Trustee of the above referenced Chapter 7 bankruptcy estate, has filed a Motion of Counsel for Trustee for Allowance of Compensation and Reimbursement of Expenses (hereinafter the "Motion"). The Court is informed that after notice and opportunity for hearing, the sufficiency of which was adequate under the circumstances, no party in interest has filed its resistance to the Motion of the Trustee. The Court finds jurisdiction over the subject matter of the Motion and further finds that the relief sought therein is in order and should be approved. It is therefore

**ORDERED, ADJUDGED AND DECREED,** that the Law Firm of Kent Ries be and the same is hereby allowed its fees and expenses incurred during the period covered by the Motion in the amount of $13,639.02; and it is further

**ORDERED, ADJUDGED AND DECREED**, that the Trustee, Kent Ries, be and same is hereby authorized to distribute to the Law Firm of Kent Ries the sum of $13,000.00 on account of the fees and expenses allowed herein.

# # # End of Order # # #

Prepared By:

**Kent Ries, Attorney at Law**
State Bar No.  16914050
600 S. Tyler, Box 12058
1300 Chase Tower
Amarillo, Texas 79101
(806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE