U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

Signed July 19, 2010

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RALPH LYLE CRUM, | § | CASE NO. 08-20297-RLJ-7 |
| | § | |
| Debtor. | § | |

**ORDER ALLOWING MOTION FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES OF COUNSEL FOR TRUSTEE**

Kent Ries, Trustee of the above referenced Chapter 7 bankruptcy estate, has filed a Motion of Counsel for Trustee for Allowance of Compensation and Reimbursement of Expenses (hereinafter the "Motion"). The Court is informed that after notice and opportunity for hearing, the sufficiency of which was adequate under the circumstances, no party in interest has filed its resistance to the Motion of the Trustee. The Court finds jurisdiction over the subject matter of the Motion and further finds that the relief sought therein is in order and should be approved. It is therefore

**ORDERED, ADJUDGED AND DECREED,** that the Law Firm of Kent Ries be and the same is hereby allowed its fees and expenses incurred during the period covered by the Motion in the amount of $13,639.02; and it is further

**ORDERED, ADJUDGED AND DECREED**, that the Trustee, Kent Ries, be and same is hereby authorized to distribute to the Law Firm of Kent Ries the sum of $13,000.00 on account of the fees and expenses allowed herein.

# # # End of Order # # #

Prepared By:

**Kent Ries, Attorney at Law**
State Bar No.  16914050
600 S. Tyler, Box 12058
1300 Chase Tower
Amarillo, Texas 79101
(806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE

# CERTIFICATE OF NOTICE

```
District/off: 0539-2          User: khollan              Page 1 of 1              Date Rcvd: Jul 19, 2010
Case: 08-20297                Form ID: pdf012            Total Noticed: 1
```

The following entities were noticed by first class mail on Jul 21, 2010.
db            Ralph Lyle Crum,    P O Box 40713,    Austin, TX  78704-0012

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 21, 2010**                          **Signature:**     *Joseph Speetjens*