# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| In re: CRUM, RALPH LYLE | § Case No. 08-20297 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on May 30, 2008.  The undersigned trustee was appointed on May 30, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     205,090.43

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Administrative expenses | 19,000.00 |
    | Payments to creditors | 100,000.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Payments to the debtor | 0.00 |
    | Leaving a balance on hand of [1] | $     86,090.43 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

     6. The deadline for filing claims in this case was 10/23/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $13,504.52. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $13,504.52, for a total compensation of $13,504.52. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $59.40, for total expenses of $59.40.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/17/2010    By: /s/Kent Ries
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-20297  
**Case Name:** CRUM, RALPH LYLE  

**Trustee:** (631700) Kent Ries  
**Filed (f) or Converted (c):** 05/30/08 (f)  
**§341(a) Meeting Date:** 07/16/08  

**Period Ending:** 06/17/10  
**Claims Bar Date:** 10/23/08  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | PROPERTY LOCATED AT 25 FANTON HILL ROAD, WESTON, | 1,100,000.00 | 649,179.00 | DA | 0.00 | FA |
| 2 | WELLS FARGO CHECKING ACCOUNT NO. 127-7700678 IN | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | RESIDENTIAL SECURITY DEPOSIT TO CENTURY 21 FOR 7 | 1,375.00 | 1,375.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD FURNITURE AND FURNISHINGS | 60,000.00 | 50,000.00 | DA | 0.00 | FA |
| 5 | BRONZE SCULPTURE, SUN AND MOON | 20,000.00 | 20,000.00 | DA | 0.00 | FA |
| 6 | MISCELLANEOUS CLOTHING | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | MAVADO WATCH | 800.00 | 0.00 | DA | 0.00 | FA |
| 8 | GROUP SAMA INTERNACIONAL, G.S. S.A. IRA ACCOUNT | 254,902.04 | 0.00 | | 205,000.00 | FA |
| 9 | FIDELITY RETIREMENT ACCOUNT NO. 139913995 IN THE | 38,080.64 | 0.00 | DA | 0.00 | FA |
| 10 | WACHOVIA SEP IRA ACCOUNT NO. 2790-9071 IN THE NA | 79.58 | 0.00 | DA | 0.00 | FA |
| 11 | FIDELITY IRA PROCEEDS | 11,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 100% INTEREST IN NEW LIFE BARIATRICS | 100.00 | 100.00 | DA | 0.00 | FA |
| 13 | 2004 JEEP WRANGLER RUBICON (30,000 MILES) | 11,120.00 | 0.00 | DA | 0.00 | FA |
| 14 | EQUITY IN PROPERTY LOCATED AT 25 FANTON HILL ROA  This is a claim owned by the Debtor as a result of his divorce with Randi Crum | 150,000.00 | 150,000.00 | DA | 0.00 | FA |
| 15 | DIVORCE DECREE AWARD OF $150,000.00  This is a duplicate to asset #14 | 150,000.00 | 146,695.00 | DA | 0.00 | FA |
| 16 | NEGLIGENCE CLAIM AGAINST GROUP SAMA (u) | 254,902.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 90.43 | Unknown |
| 17 | Assets   Totals (Excluding unknown values) | $2,052,459.26 | $1,017,349.00 | | $205,090.43 | $0.00 |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-20297
**Case Name:** CRUM, RALPH LYLE

**Period Ending:** 06/17/10

**Trustee:** (631700) Kent Ries
**Filed (f) or Converted (c):** 05/30/08 (f)
**§341(a) Meeting Date:** 07/16/08
**Claims Bar Date:** 10/23/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010     **Current Projected Date Of Final Report (TFR):**    December 31, 2010

Printed: 06/17/2010 08:36 PM    V.12.06

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-20297  
**Case Name:** CRUM, RALPH LYLE  

**Trustee:** Kent Ries (631700)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** 312-221635-26 - Money Market Account  

**Taxpayer ID #:** **-***1897  
**Period Ending:** 06/17/10  

**Blanket Bond:** $300,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/14/09 | {8} | Northern Law Trust | GROUP SAMA IRA | 1129-000 | 205,000.00 | | 205,000.00 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 4.46 | | 205,004.46 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 8.64 | | 205,013.10 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 8.36 | | 205,021.46 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 8.36 | | 205,029.82 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 8.64 | | 205,038.46 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 8.64 | | 205,047.10 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 8.08 | | 205,055.18 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 7.80 | | 205,062.98 |
| 03/16/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 4.74 | | 205,067.72 |
| 03/16/10 | | Wire out to BNYM account 9200******5265 | Wire out to BNYM account 9200******5265 | 9999-000 | -205,067.72 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -205,067.72 | 0.00 | |
| **Subtotal** | 205,067.72 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$205,067.72** | **$0.00** | |

{} Asset reference(s)   Printed: 06/17/2010 08:36 PM    V.12.06

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 08-20297 | | **Trustee:** | Kent Ries (631700) |
|---|---|---|---|---|
| **Case Name:** | CRUM, RALPH LYLE | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******52-65 - Money Market Account |
| **Taxpayer ID #:** | **-***1897 | | **Blanket Bond:** | $300,000.00   (per case limit) |
| **Period Ending:** | 06/17/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312221635 | Wire in from JPMorgan Chase Bank, N.A. account 312221635 | 9999-000 | 205,067.72 | | 205,067.72 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 6.29 | | 205,074.01 |
| 03/31/10 | 11001 | Coleman Young, Templeton, Smithee, Hayes, Heinrich & Russell | | 3991-120 | | 19,000.00 | 186,074.01 |
| 03/31/10 | 11002 | Connecticut CCSPC | Ralph Crum child support obligation 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 | 5100-000 | | 100,000.00 | 86,074.01 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 8.48 | | 86,082.49 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.12 | | 86,087.61 |
| 06/17/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 2.82 | | 86,090.43 |
| 06/17/10 | | To Account #9200******5266 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 86,090.43 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 205,090.43 | 205,090.43 | $0.00 |
| | | | Less: Bank Transfers | | 205,067.72 | 86,090.43 | |
| | | | **Subtotal** | | 22.71 | 119,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22.71** | **$119,000.00** | |

{} Asset reference(s)

Printed: 06/17/2010 08:36 PM        V.12.06

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-20297
**Case Name:** CRUM, RALPH LYLE

**Taxpayer ID #:** **-***1897
**Period Ending:** 06/17/10

**Trustee:** Kent Ries (631700)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******52-66 - Checking Account
**Blanket Bond:** $300,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/17/10 | | From Account #9200******5265 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 86,090.43 | | 86,090.43 |
| | | | **ACCOUNT TOTALS** | | 86,090.43 | 0.00 | **$86,090.43** |
| | | | Less: Bank Transfers | | 86,090.43 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 312-221635-26 | 205,067.72 | 0.00 | 0.00 |
| MMA # 9200-******52-65 | 22.71 | 119,000.00 | 0.00 |
| Checking # 9200-******52-66 | 0.00 | 0.00 | 86,090.43 |
| | **$205,090.43** | **$119,000.00** | **$86,090.43** |

{} Asset reference(s)

Printed: 06/17/2010 08:36 PM   V.12.06

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 23, 2008

**Case Number:** 08-20297
**Debtor Name:** CRUM, RALPH LYLE

Page: 1

**Date:** June 17, 2010
**Time:** 08:36:57 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 101 200 | Coleman Young, Templeton, Smithee, Hayes, Heinrich & Russell | Admin Ch. 7 | Pursuant to Compromise Order entered 3/30/10. | $19,000.00 | $19,000.00 | 0.00 |
| 103 200 | Kent Ries<br>600 S. Tyler, Box 12058<br>1300 Chase Tower<br>Amarillo, TX 79101 | Admin Ch. 7 | | $13,504.52 | $0.00 | 13,504.52 |
| 104 200 | Kent Ries<br>600 S. Tyler, Box 12058<br>1300 Chase Tower<br>Amarillo, TX 79101 | Admin Ch. 7 | | $59.40 | $0.00 | 59.40 |
| 105 200 | Law Office of Kent Ries<br>600 South Tyler, Box 12058<br>1300 Chase Tower<br>Amarillo, TX 79101 | Admin Ch. 7 | | $12,800.98 | $0.00 | 12,800.98 |
| 106 200 | Law Office of Kent Ries<br>600 South Tyler, Box 12058<br>1300 Chase Tower<br>Amarillo, TX 79101 | Admin Ch. 7 | | $199.02 | $0.00 | 199.02 |
| 8P 500 | Randi L. Crum<br>CO Coleman Young<br>Templeton Law Firm,P. O. Box 15010<br>Amarillo, TX 79105-5010 | Priority | Withdrawn by claimant per settlement agreement 4/14/10. | $0.00 | $0.00 | 0.00 |
| 102 500 | Connecticut CCSPC<br>P.O. Box 990031<br>Hartford, CT 06199-0031 | Priority | Pursuant to Compromise Order entered 3/30/10. | $100,000.00 | $100,000.00 | 0.00 |
| 12 570 | Internal Revenue Service<br>Special Procedures Branch,Bankruptcy Section, Mail Code 5020-DAL,1100 Commerc<br>Dallas, TX 75242 | Priority | 3380 | $92,244.00 | $0.00 | 92,244.00 |
| 8S 100 | Randi L. Crum<br>CO Coleman Young<br>Templeton Law Firm,P. O. Box 15010<br>Amarillo, TX 79105-5010 | Secured | Withdrawn by claimant per settlement agreement 4/14/10. | $0.00 | $0.00 | 0.00 |
| 1 610 | Wells Fargo Bank, N.A.<br>Attn: Kelly J. Belmares,4406 W. Piedras Drive, Suite 120,,MAC#T5600-016<br>San Antonio, TX 78228 | Unsecured | 5017 | $164,932.53 | $0.00 | 164,932.53 |
| 2 -2 610 | Chase Bank USA, NA<br>PO BOX 15145<br>Wilmington, DE 19850 | Unsecured | 1118 | $14,581.16 | $0.00 | 14,581.16 |
| 3 610 | Chase Bank USA, NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | 9384 | $22,526.37 | $0.00 | 22,526.37 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 23, 2008

**Case Number:** 08-20297  
**Debtor Name:** CRUM, RALPH LYLE

Page: 2

**Date:** June 17, 2010  
**Time:** 08:36:57 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 610 | Chase Bank USA, NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | 1812 | $11,966.02 | $0.00 | 11,966.02 |
| 5 610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | 1005 | $13,918.98 | $0.00 | 13,918.98 |
| 6 610 | Verizon Wireless South<br>P.O. Box 3397<br>Bloomington, IL 61702 | Unsecured | 0001 | $609.69 | $0.00 | 609.69 |
| 7 610 | Verizon Wireless Northeast<br>P.O. Box 3397<br>Bloomington, IL 61702 | Unsecured | 0001 | $609.69 | $0.00 | 609.69 |
| 8U 610 | Randi L. Crum<br>CO Coleman Young<br>Templeton Law Firm, P. O. Box 15010<br>Amarillo, TX 79105-5010 | Unsecured | Withdrawn by claimant per settlement agreement 4/14/10. | $0.00 | $0.00 | 0.00 |
| 9 610 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | 1463 | $2,013.26 | $0.00 | 2,013.26 |
| 10 610 | FIA Card Services, N.A.<br>Attn: Mr. M-BK<br>1000 Samoset Drive, DE5-023-03-03<br>Newark, DE 19713 | Unsecured | 1184,9622,4975 | $19,670.05 | $0.00 | 19,670.05 |
| 11 620 | Wells Fargo Bank, N.A.<br>Attn: Kelly J. Belmares, 4406 W. Piedras Drive, Suite 120,, MAC#T5600-016<br>San Antonio, TX 78228 | Unsecured | 5017 | $146,290.22 | $0.00 | 146,290.22 |
| **<< Totals >>** | | | | 634,925.89 | 119,000.00 | 515,925.89 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-20297
Case Name: CRUM, RALPH LYLE
Trustee Name: Kent Ries

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | Kent Ries | $ 13,504.52 | $ 59.40 |
| *Attorney for trustee* | Law Office of Kent Ries | $ 12,800.98 | $ 199.02 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant* *Fees* *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $192,244.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 12 | Internal Revenue Service | $ 92,244.00 | $ 59,526.51 |
| 102 | Connecticut CCSPC | $ 100,000.00 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 250,827.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | $ 164,932.53 | $ 0.00 |
| 2 -2 | Chase Bank USA, NA | $ 14,581.16 | $ 0.00 |
| 3 | Chase Bank USA, NA | $ 22,526.37 | $ 0.00 |
| 4 | Chase Bank USA, NA | $ 11,966.02 | $ 0.00 |
| 5 | American Express Centurion Bank | $ 13,918.98 | $ 0.00 |
| 6 | Verizon Wireless South | $ 609.69 | $ 0.00 |
| 7 | Verizon Wireless Northeast | $ 609.69 | $ 0.00 |
| 9 | Roundup Funding, LLC | $ 2,013.26 | $ 0.00 |
| 10 | FIA Card Services, N.A. | $ 19,670.05 | $ 0.00 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 146,290.22 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 11 | Wells Fargo Bank, N.A. | $ 146,290.22 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**