TFRCOV (rev. 07/09)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| In Re: | § | |
|---|---|---|
| Ralph Lyle Crum | § | Case No.: 08–20297–rlj7 |
| | § | Chapter No.: 7 |
| Debtor(s) | § | |

# DIRECTIVES TO PARTIES IN INTEREST REGARDING CONSIDERATION OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION

The Trustee's Final Report and Application for Compensation referenced in the Notice (NFR) is available for public inspection in the office of the United States Bankruptcy Court.

The Trustee's Final Report is also available through PACER, appropriate charges for this service will be assessed.

Any person wishing to object to the Trustee's Final Report or the Application for Compensation contained therein must file a written objection with the Clerk of the United States Bankruptcy Court and serve a copy of such objection upon the trustee and the United States Trustee **within thirty (30) days of the date of this notice**. If no objection to the Final Report is timely filed and served, the Trustee may pay dividends contemplated by the Final Report pursuant to FRBP 3009 without further order of the Court. In such event, the notice required under FRBP 5009 shall be deemed satisfied and the presumption contemplated by that rule shall be invoked upon the filing of the Trustee's certification that the estate has been fully administered [the TDR].

If a written objection is filed in either instance, a hearing shall be scheduled and the Court will send notice of the scheduled hearing to you.

Date: 7/23/10

By: /s/ Kent David Ries
600 S. Tyler, Suite 1300
Box 12058
Amarillo, TX 79101
(806)242–7437