# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

In re: CRUM, RALPH LYLE § Case No. 08-20297
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Kent Ries, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

624 South Polk Street
Suite 100
Amarillo, Texas 79101

Date Mailed: 06/17/2010    By: /s/Kent Ries
                                   Trustee

Kent Ries
600 S. Tyler, Box 12058
1300 Chase Tower
Amarillo, TX 79101
(806) 242-7437
kent@kentries.com

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| In re: CRUM, RALPH LYLE | § | Case No. 08-20297 |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 205,090.43 |
| *and approved disbursements of* | $ 119,000.00 |
| *leaving a balance on hand of* [1] | $ 86,090.43 |

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*
N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | Kent Ries | $ 13,504.52 | $ 59.40 |
| Attorney for trustee | Law Office of Kent Ries | $ 12,800.98 | $ 199.02 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant* *Fees* *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $192,244.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 12 | Internal Revenue Service | $ 92,244.00 | $ 59,526.51 |
| 102 | Connecticut CCSPC | $ 100,000.00 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 250,827.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | $ 164,932.53 | $ 0.00 |
| 2 -2 | Chase Bank USA, NA | $ 14,581.16 | $ 0.00 |
| 3 | Chase Bank USA, NA | $ 22,526.37 | $ 0.00 |
| 4 | Chase Bank USA, NA | $ 11,966.02 | $ 0.00 |
| 5 | American Express Centurion Bank | $ 13,918.98 | $ 0.00 |
| 6 | Verizon Wireless South | $ 609.69 | $ 0.00 |
| 7 | Verizon Wireless Northeast | $ 609.69 | $ 0.00 |
| 9 | Roundup Funding, LLC | $ 2,013.26 | $ 0.00 |
| 10 | FIA Card Services, N.A. | $ 19,670.05 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 146,290.22 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 11 | Wells Fargo Bank, N.A. | $ 146,290.22 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/Kent Ries
Trustee

Kent Ries
600 S. Tyler, Box 12058
1300 Chase Tower
Amarillo, TX  79101
(806) 242-7437
kent@kentries.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0539-2           User: cecker                 Page 1 of 2                   Date Rcvd: Jul 23, 2010
Case: 08-20297                 Form ID: pdf030              Total Noticed: 45

The following entities were noticed by first class mail on Jul 25, 2010.
db             Ralph Lyle Crum,    P O Box 40713,    Austin, TX 78704-0012
cr             Randi L. Crum,    c/o Coleman Young,    Templeton Law Firm,    P. O. Box 15010,
                Amarillo, TX 79105-5010
11533101      ++ASPEN NATIONAL COLLECTIONS,    PO BOX 10689,    BROOKSVILLE FL 34603-0689
               (address filed with court: Aspen Collection,     P.O. Box 5129,    Spring Hill, FL 34611)
11602516       +AT & T Mobility,    CO B-Line, LLC,    MS 550,    PO Box 9121,    Seattle, WA 98109-0121
11729266        American Express Centurion Bank,    CO Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11533099       +Amex,    P. O. Box 297871,    Fort Lauderdale, FL 33329-7871
11602514       +Armstrong Moving & Storage,    2401 Double Creek Drive,    Round Rock, TX 78664-3806
11602515       +Arturo Carillo Medical Services, LP,    1911 Port Lane,    Amarillo, TX 79106-2470
11533094       +Attorney-In-Charge,    Office of the United States Attorney,    500 S. Taylor, Lobby Box 238,
                Amarillo, TX 79101-2446
11533102       +Bank Of America,    Pob 17054,    Wilmington, DE 19884-0001
11533103        Bank of America,    P.O. Box 15714,    Wilmington, DE 19886-5714
11677713       +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
11533104       +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11681710        Chase Bank USA, NA,    PO BOX 15145,    Wilmington, DE 19850-5145
11533105       +Chase Business Cardmember Service,    P.O. Box 94104,    Palatine, IL 60094-4104
11533095       +Comptroller of Public Accounts,    Taxation Division Bankruptcy,    P.O. Box 12548,
                Austin, TX 78711-2548
11820671       +FIA Card Services, N.A.,    Attn: Mr. M-BK,    1000 Samoset Drive,    DE5-023-03-03,
                Newark, DE 19713-6000
11602517        Financial Recovery Services,    P.O. Box 385908,    Minneapolis, MN 55438-5908
11533106       +Fred Siegel, Esq.,    1281 East Main Street,    Holly Pond Plaza,    Stamford, CT 06902-3544
11602518        GE Capital,    P.O. Box 740441,    Atlanta, GA 30374-0441
11533107       +Goldfarb & Ajello Court Reporting,    24 East Ave.,    Box 1372,    New Canaan, CT 06840-5529
11626889       +Hartley Hampton,    Attorney at Law,    Five Houston Center,    1401 McKinney, Suite 1800,
                Houston, TX 77010-4037
11533108       +Helen Bruno, Esq.,    112 Prospect Street,    Stamford, CT 06901-1207
11533109       +Home Coming Funding Ne,    2711 N Haskell Ave. Sw 1,    Dallas, TX 75204-2911
11562938       +Homecomings Financial, LLC,    CO Pite Duncan, LLP,    525 East Main Street,    P.O. Box 12289,
                El Cajon, CA 92022-2289
11533096       +Internal Revenue Service,    Special Procedures Branch,    Bankruptcy Section, Mail Code 5020-DAL,
                1100 Commerce Street,    Dallas, TX 75242-1001
11602519       +Lu Ann Weldon, MSHA, RN, CPC,    Professional Healthcare Management, LLC,    1800 W. Cherry Ave.,
                Amarillo, TX 79108-0703
11602520       +New Life Bariatrics,    1911 Port Lane,    Amarillo, TX 79106-2470
11626890       +Peter M. Dreyer,    Siver Golub & Teitell, LLP,    Post Office Box 389,    Stamford, CT 06904-0389
11602521       +Randi Crum,    25 Fanton Hill Road,    Weston, CT 06883-2406
11559812        Randi L. Crum,    CO Coleman Young,    Templeton Law Firm,    P. O. Box 15010,
                Amarillo, TX 79105-5010
11533110       +Ruth S. Vidauri,    Wells Fargo SBA Lending,    4406 Piedras Dr. West, Ste 100,
                San Antonio, TX 78228-1207
11602522       +Tascosa Office Machines,    1005 W. 8th Street,    Amarillo, TX 79101-2011
11533111       +Tooher & Wocl, LLC,    80 Fourth Street,    Stamford, CT 06905-5009
11626891        Tooher & Wocl, LLC,    80th Fourth Street,    Stamford, CT 06905
11602523       +United Collection Bureau, Inc.,    P.O. Box 1117,    Maumee, OH 43537-8117
11533112        Vzw Ne,    Natinal Recovery D,    Folsom, CA 95630
11533113       +Wells Fargo Bank,    Amarillo Dowtown Business Banking,    905 S. Fillmore,
                Amarillo, TX 79101-3540
11669915       +Wells Fargo Bank, N.A.,    Attn: Kelly J. Belmares,    4406 W. Piedras Drive, Suite 120,,
                MAC No. T5600-016,    San Antonio, TX 78228-1207
11533114        Willows Pediatric Group,    1563 Post Road East,    Westport, CT 06880-5602

The following entities were noticed by electronic transmission on Jul 23, 2010.
11533098        E-mail/Text: ebnbankruptcy@ahm.honda.com                            American Honda Finance,
                600 Kelly Way,    Holyoke, MA 01040
11602517        E-mail/Text: data_processing@fin-rec.com                            Financial Recovery Services,
                P.O. Box 385908,    Minneapolis, MN 55438-5908
11803235        E-mail/PDF: BNCEmails@blinellc.com Jul 24 2010 02:14:15      Roundup Funding, LLC,    MS 550,
                PO Box 91121,    Seattle, WA 98111-9221
11533097       +E-mail/Text: redpacer@twc.state.tx.us                               Texas Workforce Commission,
                101 E. 15th Street,    Austin, TX 78778-0001
11776511       +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jul 24 2010 02:15:38
                Verizon Wireless Northeast,    P.O. Box 3397,    Bloomington, Il 61702-3397
11776267       +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jul 24 2010 02:15:38      Verizon Wireless South,
                P.O. Box 3397,    Bloomington, Il 61702-3397
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Verizon wireless south,    PO Box 3397,    Bloomington, Il 61702-3397
11533100*      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

Imaged Certificate of Service    Page 6 of 6

```
District/off: 0539-2              User: cecker               Page 2 of 2              Date Rcvd: Jul 23, 2010
Case: 08-20297                    Form ID: pdf030            Total Noticed: 45

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2010**                    **Signature:** _Joseph Speetjens_