TFRCOV (rev. 07/09)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Ralph Lyle Crum | § | Case No.:  08–20297–rlj7 |
| | § | Chapter No.:  7 |
| Debtor(s) | § | |

# DIRECTIVES TO PARTIES IN INTEREST REGARDING CONSIDERATION OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION

    The Trustee's Final Report and Application for Compensation referenced in the Notice (NFR) is available for public inspection in the office of the United States Bankruptcy Court.

    The Trustee's Final Report is also available through PACER, appropriate charges for this service will be assessed.

    Any person wishing to object to the Trustee's Final Report or the Application for Compensation contained therein must file a written objection with the Clerk of the United States Bankruptcy Court and serve a copy of such objection upon the trustee and the United States Trustee **within thirty (30) days of the date of this notice**. If no objection to the Final Report is timely filed and served, the Trustee may pay dividends contemplated by the Final Report pursuant to FRBP 3009 without further order of the Court. In such event, the notice required under FRBP 5009 shall be deemed satisfied and the presumption contemplated by that rule shall be invoked upon the filing of the Trustee's certification that the estate has been fully administered [the TDR].

    If a written objection is filed in either instance, a hearing shall be scheduled and the Court will send notice of the scheduled hearing to you.

Date:  7/23/10

By: /s/ Kent David Ries
600 S. Tyler, Suite 1300
Box 12058
Amarillo, TX 79101
(806)242–7437

# CERTIFICATE OF NOTICE

```
District/off: 0539-2          User: cecker                Page 1 of 2                  Date Rcvd: Jul 23, 2010
Case: 08-20297                Form ID: tfrcov             Total Noticed: 45

The following entities were noticed by first class mail on Jul 25, 2010.
db           Ralph Lyle Crum,   P O Box 40713,   Austin, TX 78704-0012
cr           Randi L. Crum,   c/o Coleman Young,   Templeton Law Firm,   P. O. Box 15010,
              Amarillo, TX 79105-5010
11533101    ++ASPEN NATIONAL COLLECTIONS,   PO BOX 10689,   BROOKSVILLE FL 34603-0689
             (address filed with court: Aspen Collection,   P.O. Box 5129,   Spring Hill, FL 34611)
11602516    +AT & T Mobility,   CO B-Line, LLC,   MS 550,   PO Box 9121,   Seattle, WA 98109-0121
11729266     American Express Centurion Bank,   CO Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11533099    +Amex,   P.O. Box 297871,   Fort Lauderdale, FL 33329-7871
11602514    +Armstrong Moving & Storage,   2401 Double Creek Drive,   Round Rock, TX 78664-3806
11602515    +Arturo Carillo Medical Services, LP,   1911 Port Lane,   Amarillo, TX 79106-2470
11533094    +Attorney-In-Charge,   Office of the United States Attorney,   500 S. Taylor, Lobby Box 238,
              Amarillo, TX 79101-2446
11533102    +Bank Of America,   Pob 17054,   Wilmington, DE 19884-0001
11533103     Bank of America,   P.O. Box 15714,   Wilmington, DE 19886-5714
11677713    +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
11533104    +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
11681710     Chase Bank USA, NA,   PO BOX 15145,   Wilmington, DE 19850-5145
11533105    +Chase Business Cardmember Service,   P.O. Box 94104,   Palatine, IL 60094-4104
11533095    +Comptroller of Public Accounts,   Taxation Division Bankruptcy,   P.O. Box 12548,
              Austin, TX 78711-2548
11820671    +FIA Card Services, N.A.,   Attn: Mr. M-BK,   1000 Samoset Drive,   DE5-023-03-03,
              Newark, DE 19713-6000
11602517     Financial Recovery Services,   P.O. Box 385908,   Minneapolis, MN 55438-5908
11533106    +Fred Siegel, Esq.,   1281 East Main Street,   Holly Pond Plaza,   Stamford, CT 06902-3544
11602518     GE Capital,   P.O. Box 740441,   Atlanta, GA 30374-0441
11533107    +Goldfarb & Ajello Court Reporting,   24 East Ave.,   Box 1372,   New Canaan, CT 06840-5529
11626889    +Hartley Hampton,   Attorney at Law,   Five Houston Center,   1401 McKinney, Suite 1800,
              Houston, TX 77010-4037
11533108    +Helen Bruno, Esq.,   112 Prospect Street,   Stamford, CT 06901-1207
11533109    +Home Coming Funding Ne,   2711 N Haskell Ave. Sw 1,   Dallas, TX 75204-2911
11562938    +Homecomings Financial, LLC,   CO Pite Duncan, LLP,   525 East Main Street,   P.O. Box 12289,
              El Cajon, CA 92022-2289
11533096    +Internal Revenue Service,   Special Procedures Branch,   Bankruptcy Section, Mail Code 5020-DAL,
              1100 Commerce Street,   Dallas, TX 75242-1001
11602519    +Lu Ann Weldon, MSHA, RN, CPC,   Professional Healthcare Management, LLC,   1800 W. Cherry Ave.,
              Amarillo, TX 79108-0703
11602520    +New Life Bariatrics,   1911 Port Lane,   Amarillo, TX 79106-2470
11626890    +Peter M. Dreyer,   Siver Golub & Teitell, LLP,   Post Office Box 389,   Stamford, CT 06904-0389
11602521    +Randi Crum,   25 Fanton Hill Road,   Weston, CT 06883-2406
11559812     Randi L. Crum,   CO Coleman Young,   Templeton Law Firm,   P. O. Box 15010,
              Amarillo, TX 79105-5010
11533110    +Ruth S. Vidauri,   Wells Fargo SBA Lending,   4406 Piedras Dr. West, Ste 100,
              San Antonio, TX 78228-1207
11602522    +Tascosa Office Machines,   1005 W. 8th Street,   Amarillo, TX 79101-2011
11533111    +Tooher & Wocl, LLC,   80 Fourth Street,   Stamford, CT 06905-5009
11626891     Tooher & Wocl, LLC,   80th Fourth Street,   Stamford, CT 06905
11602523    +United Collection Bureau, Inc.,   P.O. Box 1117,   Maumee, OH 43537-8117
11533112     Vzw Ne,   Natinal Recovery D,   Folsom, CA 95630
11533113    +Wells Fargo Bank,   Amarillo Dowtown Business Banking,   905 S. Fillmore,
              Amarillo, TX 79101-3540
11669915    +Wells Fargo Bank, N.A.,   Attn: Kelly J. Belmares,   4406 W. Piedras Drive, Suite 120,,
              MAC No. T5600-016,   San Antonio, TX 78228-1207
11533114     Willows Pediatric Group,   1563 Post Road East,   Westport, CT 06880-5602

The following entities were noticed by electronic transmission on Jul 23, 2010.
11533098     E-mail/Text: ebnbankruptcy@ahm.honda.com                           American Honda Finance,
              600 Kelly Way,   Holyoke, MA 01040
11602517     E-mail/Text: data_processing@fin-rec.com                           Financial Recovery Services,
              P.O. Box 385908,   Minneapolis, MN 55438-5908
11803235     E-mail/PDF: BNCEmails@blinellc.com Jul 24 2010 02:14:15      Roundup Funding, LLC,   MS 550,
              PO Box 91121,   Seattle, WA 98111-9221
11533097    +E-mail/Text: redpacer@twc.state.tx.us                              Texas Workforce Commission,
              101 E. 15th Street,   Austin, TX 78778-0001
11776511    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jul 24 2010 02:15:38
              Verizon Wireless Northeast,   P.O. Box 3397,   Bloomington, Il 61702-3397
11776267    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jul 24 2010 02:15:39     Verizon Wireless South,
              P.O. Box 3397,   Bloomington, Il 61702-3397
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Verizon wireless south,   PO Box 3397,   Bloomington, Il 61702-3397
11533100*   +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0539-2          User: cecker              Page 2 of 2              Date Rcvd: Jul 23, 2010
Case: 08-20297                Form ID: tfrcov           Total Noticed: 45

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2010**                                **Signature:**      *Joseph Speetjens*