A TDR was sent to the UST on 10/19/10.