# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

In re: CRUM, RALPH LYLE                     § Case No. 08-20297
                                            §
                                            §
                                            §
Debtor(s)                                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

    Kent Ries, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,777,557.22 *(without deducting any secured claims)* | Assets Exempt: $604,489.26 |
| Total Distribution to Claimants: $159,526.51 | Claims Discharged Without Payment: $9,582,771.65 |
| Total Expenses of Administration: $45,563.92 | |

    3)  Total gross receipts of $ 205,090.43 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $205,090.43 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $601,698.70 | $150,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 45,563.92 | 45,563.92 | 45,563.92 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 36,000.00 | 193,291.91 | 192,244.00 | 159,526.51 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 9,402,514.10 | 1,301,302.01 | 232,185.44 | 0.00 |
| **TOTAL DISBURSEMENTS** | $10,040,212.80 | $1,690,157.84 | $469,993.36 | $205,090.43 |

    4) This case was originally filed under Chapter 7 on May 30, 2008. The case was pending for 32 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/19/2011        By: /s/Kent Ries
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| GROUP SAMA INTERNACIONAL, G.S. S.A. IRA ACCOUNT | 1129-000 | 205,000.00 |
| Interest Income | 1270-000 | 90.43 |
| **TOTAL GROSS RECEIPTS** | | **$205,090.43** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8S | Randi L. Crum | 4110-000 | N/A | 150,000.00 | 0.00 | 0.00 |
| NOTFILED | Homecoming Funding | 4110-000 | 430,621.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 4110-000 | 163,478.70 | N/A | N/A | 0.00 |
| NOTFILED | American Honda Finance | 4210-000 | 7,599.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$601,698.70** | **$150,000.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Coleman Young, Templeton, Smithee, Hayes, Heinrich & Russell | 3991-120 | N/A | 19,000.00 | 19,000.00 | 19,000.00 |
| Kent Ries | 2100-000 | N/A | 13,504.52 | 13,504.52 | 13,504.52 |
| Kent Ries | 2200-000 | N/A | 59.40 | 59.40 | 59.40 |
| Law Office of Kent Ries | 3110-000 | N/A | 12,800.98 | 12,800.98 | 12,800.98 |
| Law Office of Kent Ries | 3120-000 | N/A | 199.02 | 199.02 | 199.02 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 45,563.92 | 45,563.92 | 45,563.92 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8P | Randi L. Crum | 5100-000 | 36,000.00 | 101,047.91 | 0.00 | 0.00 |
| 12 | Internal Revenue Service | 5800-000 | N/A | 92,244.00 | 92,244.00 | 59,526.51 |
| 102 | Connecticut CCSPC | 5100-000 | N/A | N/A | 100,000.00 | 100,000.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 36,000.00 | 193,291.91 | 192,244.00 | 159,526.51 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | 7100-000 | N/A | 164,932.53 | 0.00 | 0.00 |
| 2 -2 | Chase Bank USA, NA | 7100-000 | 14,581.00 | 14,581.16 | 14,581.16 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Chase Bank USA, NA | 7100-000 | 22,526.37 | 22,526.37 | 22,526.37 | 0.00 |
| 4 | Chase Bank USA, NA | 7100-000 | 11,927.00 | 11,966.02 | 11,966.02 | 0.00 |
| 5 | American Express Centurion Bank | 7100-000 | 12,644.00 | 13,918.98 | 13,918.98 | 0.00 |
| 6 | Verizon Wireless South | 7100-000 | 968.01 | 609.69 | 609.69 | 0.00 |
| 7 | Verizon Wireless Northeast | 7100-000 | 609.00 | 609.69 | 609.69 | 0.00 |
| 8U | Randi L. Crum | 7100-000 | N/A | 904,184.04 | 0.00 | 0.00 |
| 9 | Roundup Funding, LLC | 7100-000 | 2,000.00 | 2,013.26 | 2,013.26 | 0.00 |
| 10 | FIA Card Services, N.A. | 7100-000 | 19,390.00 | 19,670.05 | 19,670.05 | 0.00 |
| 11 | Wells Fargo Bank, N.A. | 7200-000 | N/A | 146,290.22 | 146,290.22 | 0.00 |
| NOTFILED | Goldfarb & Ajello Court Reporting | 7100-000 | 440.54 | N/A | N/A | 0.00 |
| NOTFILED | GE Capital | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Financial Recovery Services | 7100-000 | 1,221.18 | N/A | N/A | 0.00 |
| NOTFILED | Hartley Hampton | 7100-000 | 3,000,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Helen Bruno | 7100-000 | 27,105.54 | N/A | N/A | 0.00 |
| NOTFILED | Tooher & Wocl, LLC | 7100-000 | 250,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 68.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Peter M. Dreyer | 7100-000 | 6,000,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ruth S. Vidauri | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | Willows Pediatric Group | 7100-000 | 646.22 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 6,806.00 | N/A | N/A | 0.00 |
| NOTFILED | Aspen Collection | 7100-000 | 597.00 | N/A | N/A | 0.00 |
| NOTFILED | Armstrong Moving & Storage | 7100-000 | 984.24 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 9,402,514.10 | 1,301,302.01 | 232,185.44 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-20297  
**Case Name:** CRUM, RALPH LYLE  

**Period Ending:** 01/19/11

**Trustee:** (631700) Kent Ries  
**Filed (f) or Converted (c):** 05/30/08 (f)  
**§341(a) Meeting Date:** 07/16/08  
**Claims Bar Date:** 10/23/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | PROPERTY LOCATED AT 25 FANTON HILL ROAD, WESTON, | 1,100,000.00 | 649,179.00 | DA | 0.00 | FA |
| 2 | WELLS FARGO CHECKING ACCOUNT NO. 127-7700678 IN | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | RESIDENTIAL SECURITY DEPOSIT TO CENTURY 21 FOR 7 | 1,375.00 | 1,375.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD FURNITURE AND FURNISHINGS | 60,000.00 | 50,000.00 | DA | 0.00 | FA |
| 5 | BRONZE SCULPTURE, SUN AND MOON | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | MISCELLANEOUS CLOTHING | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | MAVADO WATCH | 800.00 | 0.00 | DA | 0.00 | FA |
| 8 | GROUP SAMA INTERNACIONAL, G.S. S.A. IRA ACCOUNT | 254,902.04 | 0.00 | | 205,000.00 | FA |
| 9 | FIDELITY RETIREMENT ACCOUNT NO. 139913995 IN THE | 38,080.64 | 0.00 | DA | 0.00 | FA |
| 10 | WACHOVIA SEP IRA ACCOUNT NO. 2790-9071 IN THE NA | 79.58 | 0.00 | DA | 0.00 | FA |
| 11 | FIDELITY IRA PROCEEDS | 11,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 100% INTEREST IN NEW LIFE BARIATRICS | 100.00 | 100.00 | DA | 0.00 | FA |
| 13 | 2004 JEEP WRANGLER RUBICON (30,000 MILES) | 11,120.00 | 0.00 | DA | 0.00 | FA |
| 14 | EQUITY IN PROPERTY LOCATED AT 25 FANTON HILL ROA<br>   This is a claim owned by the Debtor as a result of his divorce with Randi Crum | 150,000.00 | 150,000.00 | DA | 0.00 | FA |
| 15 | DIVORCE DECREE AWARD OF $150,000.00<br>   This is a duplicate to asset #14 | 150,000.00 | 146,695.00 | DA | 0.00 | FA |
| 16 | NEGLIGENCE CLAIM AGAINST GROUP SAMA  (u) | 254,902.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 90.43 | FA |
| 17 | Assets    Totals (Excluding unknown values) | $2,032,459.26 | $997,349.00 | | $205,090.43 | $0.00 |

Printed: 01/19/2011 10:30 AM    V.12.56

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-20297  
**Case Name:** CRUM, RALPH LYLE  

**Trustee:** (631700) Kent Ries  
**Filed (f) or Converted (c):** 05/30/08 (f)  
**§341(a) Meeting Date:** 07/16/08  

**Period Ending:** 01/19/11  
**Claims Bar Date:** 10/23/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010     **Current Projected Date Of Final Report (TFR):**   June 18, 2010  (Actual)

Printed: 01/19/2011 10:30 AM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-20297  
**Case Name:** CRUM, RALPH LYLE  

**Trustee:** Kent Ries (631700)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** 312-221635-26 - Money Market Account  

**Taxpayer ID #:** **-***1897  
**Period Ending:** 01/19/11  

**Blanket Bond:** $300,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/14/09 | {8} | Northern Law Trust | GROUP SAMA IRA | 1129-000 | 205,000.00 | | 205,000.00 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.46 | | 205,004.46 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 8.64 | | 205,013.10 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 8.36 | | 205,021.46 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 8.36 | | 205,029.82 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 8.64 | | 205,038.46 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 8.64 | | 205,047.10 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 8.08 | | 205,055.18 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.80 | | 205,062.98 |
| 03/16/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 4.74 | | 205,067.72 |
| 03/16/10 | | Wire out to BNYM account 9200******5265 | Wire out to BNYM account 9200******5265 | 9999-000 | -205,067.72 | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -205,067.72 | 0.00 | |
| **Subtotal** | 205,067.72 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$205,067.72** | **$0.00** | |

{} Asset reference(s)

Printed: 01/19/2011 10:30 AM    V.12.56

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| Case Number: | 08-20297 | | Trustee: | Kent Ries (631700) |
|---|---|---|---|---|
| Case Name: | CRUM, RALPH LYLE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******52-65 - Money Market Account |
| Taxpayer ID #: | **-***1897 | | Blanket Bond: | $300,000.00   (per case limit) |
| Period Ending: | 01/19/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/16/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312221635 | Wire in from JPMorgan Chase Bank, N.A. account 312221635 | 9999-000 | 205,067.72 | | 205,067.72 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 6.29 | | 205,074.01 |
| 03/31/10 | 11001 | Coleman Young, Templeton, Smithee, Hayes, Heinrich & Russell | | 3991-120 | | 19,000.00 | 186,074.01 |
| 03/31/10 | 11002 | Connecticut CCSPC | Ralph Crum child support obligation 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 | 5100-000 | | 100,000.00 | 86,074.01 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 8.48 | | 86,082.49 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 5.12 | | 86,087.61 |
| 06/17/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 2.82 | | 86,090.43 |
| 06/17/10 | | To Account #9200******5266 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 86,090.43 | 0.00 |
| | | | ACCOUNT TOTALS | | 205,090.43 | 205,090.43 | $0.00 |
| | | | Less: Bank Transfers | | 205,067.72 | 86,090.43 | |
| | | | **Subtotal** | | 22.71 | 119,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22.71** | **$119,000.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-20297 | | Trustee: | Kent Ries (631700) |
|---|---|---|---|---|
| Case Name: | CRUM, RALPH LYLE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******52-66 - Checking Account |
| Taxpayer ID #: | **-***1897 | | Blanket Bond: | $300,000.00 (per case limit) |
| Period Ending: | 01/19/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/17/10 | | From Account #9200******5265 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 86,090.43 | | 86,090.43 |
| 08/24/10 | 101 | Kent Ries | Dividend paid 100.00% on $13,504.52, Trustee Compensation; Reference: | 2100-000 | | 13,504.52 | 72,585.91 |
| 08/24/10 | 102 | Kent Ries | Dividend paid 100.00% on $59.40, Trustee Expenses; Reference: | 2200-000 | | 59.40 | 72,526.51 |
| 08/24/10 | 103 | Law Office of Kent Ries | Dividend paid 100.00% on $12,800.98, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 12,800.98 | 59,725.53 |
| 08/24/10 | 104 | Law Office of Kent Ries | Dividend paid 100.00% on $199.02, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 199.02 | 59,526.51 |
| 08/24/10 | 105 | Internal Revenue Service | Dividend paid 64.53% on $92,244.00; Claim# 12; Filed: $92,244.00; Reference: 3380 | 5800-000 | | 59,526.51 | 0.00 |

| | | | |
|---|---|---|---|
| | ACCOUNT TOTALS | 86,090.43 | 86,090.43 | $0.00 |
| | Less: Bank Transfers | 86,090.43 | 0.00 | |
| | Subtotal | 0.00 | 86,090.43 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $0.00 | $86,090.43 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 312-221635-26 | 205,067.72 | 0.00 | 0.00 |
| MMA # 9200-******52-65 | 22.71 | 119,000.00 | 0.00 |
| Checking # 9200-******52-66 | 0.00 | 86,090.43 | 0.00 |
| | $205,090.43 | $205,090.43 | $0.00 |

{} Asset reference(s)                                                      Printed: 01/19/2011 10:30 AM    V.12.56